UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
SANDRA DAY O'CONNOR U.S. COURTHOUSE
401 W. Washington St., SPC1 Suite 130
Phoenix, AZ 85003-2118

*FILED*
*IN CLERK'S OFFICE*

*2003 DEC -9  P 2: 29*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

Tony Anastas, Clerk of Court
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: CIV 03-0514-PHX-DGC
    Donald Scollins  v.  Sentient, et al

MAGISTRATE JUDGE *Collings*

Dear Mr. Anastas:            **03 CV 12478 EFH**

Pursuant to the order of this court entered Nov. 25, 2003, the above case is being transferred
to your court for all further proceedings. Enclosed are the original case file, a certified copy
of the transfer order and a certified copy of the docket sheet.

Please acknowledge receipt of the case, indicate your district's case number on the enclosed
copy of this letter and return the copy to this office.

Dated this 8th day of December 2003.

                        Sincerely,

                        Richard H. Weare
                        Clerk of Court/DCE

                        By: _____
                            Deputy Clerk

Enclosures
cc: All counsel

Receipt is acknowledged of the documents described herein.
Case Number:_____

                        _____
                            Deputy Clerk



I hereby attest and certify __12-8-03__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By___ _Ll tayl c~_____Deputy

FILED
IN CLERK'S OFFICE

2003 DEC -9  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

_____ FILED    _____ LODGED
_____ RECEIVED  _____ COPY

NOV 2 5 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Donald Scollins, individually, and on
behalf of BOTTOM LINE
ADVERTISING, a sole proprietorship,

        Plaintiff,

vs.

SENTIENT, fka eBizJets, a Delaware
corporation; JOHN I. WILLIAMS, JR.;
PAUL A. SVENSEN, JR.; JOHN
HENNESSY; ED JOHNSON; and
PAUL MODEL,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV03-0514 -PHX-DGC

**ORDER**

03 CV 1 2 4 7 8 EFH

      The parties have filed a Joint Motion to Transfer Case to District of Massachusetts
(Doc. #23). In the Joint Motion, the parties agree that the Plaintiff's employment relationship
was centered in Massachusetts, all of the acts on which Plaintiff sues occurred in
Massachusetts, Defendant Sentient is headquartered in Massachusetts, Plaintiff resided in
Massachusetts at all times relevant to this action, none of the Defendants reside in Arizona,
all of the Defendants reside either in Massachusetts or New York, and Massachusetts law
governs the contract at issue in this case.  On the basis of these stipulated facts, the Court
finds that a transfer of this action to the District of Massachusetts would serve the
convenience of parties and witnesses and the interest of justice.  Pursuant to 28 U.S.C. §
1404(a), the Court will grant the parties' Joint Motion.



24

1      **IT IS HEREBY ORDERED** that the Joint Motion to Transfer Case to the District

2  of Massachusetts (Doc. #23) is **granted**.

3      **IT IS FURTHER ORDERED** that this case is transferred to the United States

4  District Court for the District of Massachusetts.

5      **IT IS FURTHER ORDERED** directing the Clerk of the Court to transfer this matter

6  to the United States District Court for the District of Massachusetts.

7      DATED this 24th day of November, 2003.

8

9

10                                     David G. Campbell

                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby attest and certify on __12-8-03__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my cus-
tody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ _____ Deputy

FILED
OFFICE    TERMED TRANSF

U.S. District Court
U.S. District Court for the District of Arizona (Phoenix)    2003 DEC 29

CIVIL DOCKET FOR CASE #: 03-CV-5145    U.S. DISTRICT COURT
DISTRICT OF MASS.

Scollins v. Sentient, et al                              Date Filed: 03/17/03
Assigned to: Judge David G Campbell
Demand: $527,000                    Nature of Suit: 190
Lead Docket: None                   Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Breach of Contract

03 CV 12478 EFH

DONALD SCOLLINS, individually,        John Douglas Parker, II
and on behalf of Bottom Line          FAX (602)257-8110
Advertising, a sole                   [COR LD NTC -]
proprietorship                        Jerald C Thompson
      pla                             FAX (602)257-8110
                                      [COR LD NTC -]
                                      Parker & Thompson PLLC
                                      PO Box 63098
                                      Phoenix, AZ 85082-3098
                                      (602)257-8100

========================

SENTIENT, a Delaware                  Paul Lincoln Stoller
corporation                           FAX (602)263-5333
fka                                   [COR LD NTC -]
eBizJets                              Meyer Hendricks & Bivens PA
      dft                             PO Box 2199
                                      Phoenix, AZ 85001-2199
                                      (602)604-2200

                                      A Lauren Carpenter
                                      FAX (617)348-4343
                                      [COR LD NTC -]
                                      C Max Perlman
                                      FAX (617)348-4343
                                      [COR LD NTC -]
                                      Sullivan Weinstein & McQuay PC
                                      2 Park Plaza
                                      Boston, MA 02116
                                      (617)348-4360

========================

JOHN I WILLIAMS, JR                   Paul Lincoln Stoller

Docket as of December 8, 2003 10:46 am                Page 1

```
Proceedings include all events.                              TERMED
2:03cv514 Scollins v. Sentient, et al
                                                             TRANSF
      dft                          FAX (602)263-5333
                                   [COR LD NTC -]
                                   Meyer Hendricks & Bivens PA
                                   PO Box 2199
                                   Phoenix, AZ 85001-2199
                                   (602)604-2200

                                   A Lauren Carpenter
                                   FAX (617)348-4343
                                   [COR LD NTC -]
                                   C Max Perlman
                                   FAX (617)348-4343
                                   [COR LD NTC -]
                                   Sullivan Weinstein & McQuay PC
                                   2 Park Plaza
                                   Boston, MA 02116
                                   (617)348-4360


========================


PAUL A SVENSEN, JR
      dft


========================


JOHN HENNESSY                      Paul Lincoln Stoller
      dft                          FAX (602)263-5333
                                   [COR LD NTC -]
                                   Meyer Hendricks & Bivens PA
                                   PO Box 2199
                                   Phoenix, AZ 85001-2199
                                   (602)604-2200

                                   A Lauren Carpenter
                                   FAX (617)348-4343
                                   [COR LD NTC -]
                                   C Max Perlman
                                   FAX (617)348-4343
                                   [COR LD NTC -]
                                   Sullivan Weinstein & McQuay PC
                                   2 Park Plaza
                                   Boston, MA 02116
                                   (617)348-4360


========================


ED JOHNSON                         Paul Lincoln Stoller
      dft                          FAX (602)263-5333
```

```
Proceedings include all events.                              TERMED
2:03cv514 Scollins v. Sentient, et al
                                                             TRANSF
                              [COR LD NTC -]
                              Meyer Hendricks & Bivens PA
                              PO Box 2199
                              Phoenix, AZ 85001-2199
                              (602)604-2200

                              A Lauren Carpenter
                              FAX (617)348-4343
                              [COR LD NTC -]
                              C Max Perlman
                              FAX (617)348-4343
                              [COR LD NTC -]
                              Sullivan Weinstein & McQuay PC
                              2 Park Plaza
                              Boston, MA 02116
                              (617)348-4360


=========================


PAUL MODEL                    Paul Lincoln Stoller
     dft                      FAX (602)263-5333
                              [COR LD NTC -]
                              Meyer Hendricks & Bivens PA
                              PO Box 2199
                              Phoenix, AZ 85001-2199
                              (602)604-2200

                              A Lauren Carpenter
                              FAX (617)348-4343
                              [COR LD NTC -]
                              C Max Perlman
                              FAX (617)348-4343
                              [COR LD NTC -]
                              Sullivan Weinstein & McQuay PC
                              2 Park Plaza
                              Boston, MA 02116
                              (617)348-4360
```

Proceedings include all events.                                    TERMED
2:03cv514 Scollins v. Sentient, et al

                                                                   TRANSF
3/17/03   1      COMPLAINT FILED (lsb) [Entry date 03/17/03]

3/18/03   2      ORDER  by Judge James A. Teilborg designating action a
                 standard track case. Counsel for plaintiff(s) shall notify
                 Court in writing when parties are prepared for Preliminary
                 Pretrial Conference. Upon receipt of this notice, Court
                 will issue a separate order setting time and date for
                 Preliminary Pretrial Conference. Because this Court
                 requires a filing that is broader and more detailed than
                 that proposed in a 2Form 35 Report of Partiesf Planning
                 Meeting,â the Order setting Rule 16 Preliminary Pretrial
                 Conference will also instruct parties as to the specific
                 contents the court expects in their Proposed Case
                 Management Plan. That to satisfy requirements of Federal
                 Rule of Civil Procedure 26(a), parties shall file with the
                 Clerk of the Court a Notice of Initial Disclosure; copies
                 of the actual disclosures shall therefore not be filed.
                 That, absent Court approval, no party may seek discovery
                 from any source before parties have met and conferred as
                 required by Rule 26(f) Federal Rules of Civil Procedure
                 26(d)  Pla shall serve dft with copy of this order (cc: all
                 counsel) re: order filed [2-1] (dmt) [Entry date 03/18/03]

5/21/03   3      MOTION to Enlarge Page Limit for doc(s) Motion to Dismiss
                 by dft Sentient, dft John I Williams Jr, dft John Hennessy,
                 dft Ed Johnson, dft Paul Model [3-1] (lodged Motion to
                 Dismiss at docket clerk's desk (dt) (sat)
                 [Entry date 05/23/03] [Edit date 05/23/03]

5/21/03   --     LODGED Motion to Dismiss by dft Sentient, dft John I
                 Williams Jr, dft John Hennessy, dft Ed Johnson, dft Paul
                 Model (held at docket clerk's desk (dt)) (sat)
                 [Entry date 05/23/03]

5/21/03   4      MOTION for admission pro hac vice as to A Lauren
                 Carpenter, atty for dft Sentient, dft John I Williams Jr,
                 dft John Hennessy, dft Ed Johnson, dft Paul Model [4-1] (sat)
                 [Entry date 05/23/03]

5/22/03   5      CORPORATE DISCLOSURE STATEMENT by dft Sentient (dmt)
                 [Entry date 05/27/03]

5/22/03   6      NOTICE OF FILING RETURN OF SERVICE EXECUTED
                 summons/complaint upon dft John Hennessy on 4/14/03, on dft
                 Ed Johnson 4/14/03, on dft Paul A Svensen Jr on4/17/03, on
                 dft John I Williams Jr on 4/18/03, on dft Paul Model on
                 4/29/03 (dmt) [Entry date 05/27/03]

5/27/03   7      ORDER  by Judge James A. Teilborg  granting  motion for
                 admission pro hac vice as to A Lauren Carpenter, atty for
                 dft Sentient, dft John I Williams Jr, dft John Hennessy,
                 dft Ed Johnson, dft Paul Model [4-1] (cc: all counsel) (dmt)
                 [Entry date 05/27/03]

Proceedings include all events.                                    TERMED
2:03cv514 Scollins v. Sentient, et al
                                                                   TRANSF
5/28/03  8      MOTION for admission pro hac vice as to C Max Perlman, atty
                for dft Sentient, dft John Hennessy, dft Ed Johnson, dft
                Paul Model [8-1] (dmt) [Entry date 05/29/03]
                [Edit date 05/29/03]

5/29/03  9      ORDER by Judge James A. Teilborg granting motion to Enlarge
                Page Limit for doc(s) Motion to Dismiss by dft Sentient,
                dft John I Williams Jr, dft John Hennessy, dft Ed Johnson,
                dft Paul Model [3-1] (lodged Motion to Dismiss at docket
                clerk's desk (dt), vacating [0-0] lodged document i. (cc:
                all counsel) (dmt) [Entry date 05/29/03]

5/29/03  10     MOTION to dismiss complaint as to dft Sentient, dft John I
                Williams Jr, dft John Hennessy, dft Ed Johnson, dft Paul
                Model by Sentient, dft John I Williams Jr, dft John
                Hennessy, dft Ed Johnson, dft Paul Model [10-1] (dmt)
                [Entry date 05/29/03]

5/30/03  11     ORDER  by Judge James A. Teilborg  granting  motion for
                admission pro hac vice as to C Max Perlman, atty for dft
                Sentient, dft John Hennessy, dft Ed Johnson, dft Paul Model
                [8-1] (cc: all counsel) (dmt) [Entry date 05/30/03]

6/23/03  12     RESPONSE by pla to motion to dismiss complaint as to dft
                Sentient, dft John I Williams Jr, dft John Hennessy, dft Ed
                Johnson, dft Paul Model by Sentient, dft John I Williams
                Jr, dft John Hennessy, dft Ed Johnson, dft Paul Model
                [10-1] (sat) [Entry date 06/26/03]

7/3/03   13     MOTION to extend time to file reply brief by dft Sentient,
                dft John I Williams Jr, dft John Hennessy, dft Ed Johnson,
                dft Paul Model [13-1] (fmp) [Entry date 07/09/03]

7/11/03  14     ORDER  by Judge James A. Teilborg  granting  motion to
                extend time to  7/28/03 to file reply brief by dft
                Sentient, dft John I Williams Jr, dft John Hennessy, dft Ed
                Johnson, dft Paul Model [13-1] (cc: all counsel) (dmt)
                [Entry date 07/11/03]

7/18/03  15     MINUTE ORDER IT IS ORDERED setting oral argument on motion
                to dismiss complaint as to dft Sentient, dft John I
                Williams Jr, dft John Hennessy, dft Ed Johnson, dft Paul
                Model by Sentient, dft John I Williams dft John Hennessy,
                dft Ed Johnson, dft Paul Model [10-1] at 11:00 a.m., Monday
                11/10/03. To assist the court reporter, the parties shall
                prepare and bring to the oral argument a Table of
                Authorities, in alphabetical order, which includes all of
                the authorities on which the parties will rely at oral
                argument.  The Table of Authorities shall not exceed the
                scope of the parties pleadings. (cc: all counsel) [15-1] (tb)
                [Entry date 07/18/03]

Docket as of December 8, 2003 10:46 am                Page 5

Proceedings include all events.                                    TERMED
2:03cv514 Scollins v. Sentient, et al
                                                                   TRANSF
7/28/03   16    MOTION to exceed the page limit on their reply to response
                to motion to dismiss by dft Sentient, dft John Williams Jr,
                dft John Hennessy, dft Ed Johnson, dft Paul Model [16-1]
                (dmt) [Entry date 07/29/03] [Edit date 08/05/03]

7/28/03   --    LODGED  reply to response to motion to dismiss (16-1) (dmt)
                [Entry date 07/29/03]

8/5/03    17    ORDER by Judge James A. Teilborg granting motion to exceed
                the page limit on their reply to response to motion to
                dismiss by dft Sentient, dft John Williams Jr, dft John
                Hennessy, dft Ed Johnson, dft Paul Model [16-1] (lodged
                reply at docket clerk's desk)  vacating [0-0] lodged
                document (cc: all counsel) (jrh) [Entry date 08/05/03]
                [Edit date 08/06/03]

8/5/03    18    REPLY by dfts to response to motion to dismiss complaint as
                to dft Sentient, dft John I Williams Jr, dft John Hennessy,
                dft Ed Johnson, dft Paul Model by Sentient, dft John I
                Williams Jr, dft John Hennessy, dft Ed Johnson, dft Paul
                Model [10-1] (jrh) [Entry date 08/05/03]

8/19/03   --    Pro Hac Vice $25 Fee Paid as to A Lauren Carpenter (bas)
                [Entry date 08/19/03]

8/22/03   --    Pro Hac Vice $25 Fee Paid as to C Max Perlman (bas)
                [Entry date 08/22/03]

9/3/03    19    The Court has ORDERED that effective September 15, 2003,
                the above captioned matter is reassigned to Judge David G.
                Campbell  for all further proceedings. Any hearing,
                conference, or trial scheduled to be held between 9/15/03
                and 9/30/03 is vacated. All other matters remain as
                scheduled. It is FURTHER ORDERED that counsel review and
                comply with the attached Instruction from Judge David G.
                Campbell. All further pleadings and papers filed in this
                action on or after 9/15/03 should bear the complete case
                number and judges initials, as shown above. (cc: all
                counsel/DGC/ JAT) [19-1] (map) [Entry date 09/03/03]

9/19/03   20    STATUS REPORT by pla of Sept. 2003 (dmt)
                [Entry date 09/22/03]

9/19/03   21    STATUS REPORT by dft Sentient, dft John I Williams Jr, dft
                John Hennessy, dft Ed Johnson, dft Paul Model (dmt)
                [Entry date 09/22/03]

10/1/03   22    ORDER  by Judge David G. Campbell ; prel scheduling conf
                set for 11:00 11/10/03 (cc: all counsel) (dmt)
                [Entry date 10/01/03]

11/6/03   23    MOTION to transfer case to District of Massachusetts by
                pla, dfts [23-1] (dmt) [Entry date 11/06/03]