UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTIENT, fka eBizJets; JOHN I. )<br>WILLIAMS, JR., PAUL A. SVENSON, JR.,)<br>JOHN HENNESSY, ED JOHNSON, and )<br>PAUL MODELNATIONAL )<br>Defendants )<br>) | Civil Action No. 03-12478-EFH |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Edward C. Cooley of Giarrusso, Norton, Cooley & McGlone, P.C., Marina Bay, 308 Victory Road, Quincy, MA 02171, as counsel for the plaintiff, Donald Scollins in the above-captioned matter.

Respectfully submitted,

Edward C. Cooley  BBO # 550117
GIARRUSSO, NORTON, COOLEY
& McGLONE, P.C.
308 Victory Road
Quincy, MA 02171
(617) 770-2900

## CERTIFICATE OF SERVICE

I, Edward C. Cooley, hereby certify that a true copy of the foregoing document was served this day upon the attorney of record for each other party by hand delivery.

DATED: 1/28/04

Edward C. Cooley