UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JAN 28 P 2: 50

| | |
|---|---|
| DONALD SCOLLINS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTIENT, fka eBizJets; JOHN I. )<br>WILLIAMS, JR., PAUL A. SVENSON, JR.,)<br>JOHN HENNESSY, ED JOHNSON, and )<br>PAUL MODELNATIONAL )<br>Defendants )<br>) | Civil Action No. 03-12478-EFH<br><br>FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE_____ |

## MOTION TO ADMIT ATTORNEYS JERALD C. THOMPSON AND ANTHONY E. YOUNG PRO HAC VICE

Pursuant to LR 83.5.3 (b), the undersigned counsel in the above-captioned matter moves for the admission *pro hac vice* of Attorneys Jerald C. Thompson and Anthony E. Young of Phoenix, Arizona, to appear and practice before this court in the above-captioned matter. The undersigned submits that he will associate with Mr. Thompson and Mr. Young in connection with this particular matter in order to advise them of local procedures and rules applicable to the conduct of this case. Mr. Thompson and Mr. Young represented the plaintiff in this matter in the Federal District Court for the District of Arizona, prior to the transfer of the case to this Court. Additionally, in support hereof, the Applications of Attorneys Jerald C. Thompson and Anthony E. Young, submitted under oath, are submitted herewith.

1-28-04
Motion allowed
Edward F. Harrington, S.D.J.

Wherefore, the undersigned moves for the admission *pro hac vice* of Attorneys Jerald C. Thompson and Anthony E. Young.

Respectfully submitted,

Edward C. Cooley BBO # 550117
GIARRUSSO, NORTON, COOLEY
 & McGLONE, P.C.
308 Victory Road
Quincy, MA 02171
(617) 770-2900

### CERTIFICATE OF SERVICE

I, Edward C. Cooley, hereby certify that a true copy of the foregoing document was served this day upon the attorney of record for each other party by hand delivery.

DATED: 1/28/04

Edward C. Cooley