**PARKER & THOMPSON, P.L.L.C.**
ATTORNEYS AT LAW
141 East Palm Lane, Suite 111 ♦ Phoenix, Arizona 85004
P.O. Box 63098 ♦ Phoenix, Arizona 85082-3098
Telephone: (602) 257-8100 ♦ Facsimile: (602) 257-8110

Jerald C. Thompson #009324
Anthony E. Young, #020742
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>SENTIENT, fka eBizJets, a Delaware corporation; JOHN I. WILLIAMS, JR.; PAUL A. SVENSEN, JR.; JOHN HENNESSY; ED JOHNSON; and PAUL MODEL,<br><br>    Defendants. | No. 03-12478-EFH<br><br>**APPLICATION OF ATTORNEY FOR ADMISSION TO PRACTICE PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3(b)**<br><br>(Assigned to the Honorable Edward F. Harrington) |

1.     I, Anthony E. Young, hereby apply to the Court under Local Rule 83.5.3(b) for pro hac vice admission to appear and practice in this action on behalf of Plaintiff, Donald Scollins.

2.     My residence and business addresses are as follows:

    **Residence address:** 3115 West Molly Lane
                            Phoenix, Arizona 85085

    **Firm Name:**        Parker & Thompson, P.L.L.C.

    **Firm Address:**     141 East Palm Lane, Suite 111
                            Phoenix, Arizona 85004

    **Firm Phone No.:** (602) 257-8100

3. I am admitted to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| 9th Circuit Court of Appeals | 2001 | Yes |
| U.S. District Court | December 15, 2000 | Yes |
| U.S. Bankruptcy Court | December 15, 2000 | Yes |
| All Arizona Superior Courts | October 23, 2000 | Yes |
| All Arizona Justice Courts | October 23, 2000 | Yes |
| All Arizona Municipal Courts | October 23, 2000 | Yes |

(An **original** Certificate of Good Standing from a **Federal Bar** dated no more than 45 days prior to admission to this court is required.)

4. Applicant's original Certificate of Good Standing from the U.S. District Court for the District of Arizona is attached hereto as Exhibit "A".

5. I have **not** concurrently, or within one (1) year of this application, made any pro hac vice applications to this Court.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and, this Application for leave to practice in this Court is on motion of a member of the bar of this Court.

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   **No**

Have you ever been disbarred from practice in any Court?   **No**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor and I regularly employed, engaged in business, professional or other activities in the State of Massachusetts; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct.

Date: 1/22/04                    By: _____
                                      Anthony E. Young
                                      Applicant

2