UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DONALD SCOLLINS,
      Plaintiff

              CIVIL ACTION NO.:
    v.          03-12478-EFH

SENTIENT, ET AL.,
      Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL PRETRIAL CONFERENCE ORDER

January 28, 2004

HARRINGTON, S.D.J.

  The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 19 on the 7th floor) at 2:00 P.M. on  Wednesday, July 13, 2005  .

  A hearing on Defendants' Motion to Dismiss will be held on   Tuesday, March 9, 2004 , at 2:00 P.M.

  SO ORDERED.

                /s/ Edward F. Harrington
                EDWARD F. HARRINGTON
                United States Senior District Judge