IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD SCOLLINS, | ) | CV03-12478-EFH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SENTIENT, fka eBizJets; JOHN I. WILLIAMS, | ) | |
| JR.; PAUL A SVENSEN, JR.; JOHN HENNESSY; | ) | |
| ED JOHNSON; and, PAUL MODEL. | ) | |
| | ) | |
| Defendants. | ) | |

### APPLICATION FOR ENTRY OF DEFAULT

Pursuant to F.R.C.P., Rule 55(a), Plaintiff hereby requests the entry of a default judgment against Defendant Paul A. Svensen, Jr.

The party claimed to be in default was served on April 17, 2003, and has failed to file a responsive pleading or otherwise defend in this action and the clerk should now enter the party's default. A copy of the Verified Return of Service is attached hereto and incorporated herein by reference as Exhibit "A".

In support of this Application, Plaintiff has filed with the Clerk of this Court an Affidavit of Default and Entry of Default.

Applicant has mailed a copy of this Application and Affidavit to the party claimed to be in default:

        Paul A. Svensen, Jr.
        95 Mann Lot Road
        Scituate, MA. 02066

Respectfully submitted,

*[signature]*

Jerald C. Thompson, Pro Hac Vice (AZ. Bar No. 009324)
Anthony E. Young, Pro Hac Vice (AZ Bar No. 020742)
PARKER & THOMPSON, P.L.L.C.
141 East Palm Lane, Suite 111
Phoenix, AZ. 85004
(602) 257-8100

-and-

Edward C. Cooley, Esq., BBO #550117
GIARRUSSO, NORTON, COOLEY & McGLONE, P.C.
308 Victory Road
Quincy, MA. 02171
(617) 770-2900

Attorneys for Plaintiff Donald Scollins

## CERTIFICATE OF SERVICE

I, Jerald C. Thompson, hereby certify that a true copy of the foregoing document was served this day upon Defendant Paul A. Svensen, Jr., and upon the attorneys of record for all other parties, by first class U.S. mail.

DATED: 2-19-04                        *[signature]*
                                      Jerald C. Thompson

# EXHIBIT "A"

# VERIFIED RETURN OF SERVICE

| | |
|---|---|
| Insert name of court, judicial district or branch court, if any: United States District Court, District of Arizona | |
| DEPOSITION/COURT DATE: | CASE NUMBER: CIV-03-0514-PHX-JAT |
| PLAINTIFF/PETITIONER: Donald Scollins, et al | |
| DEFENDANT/RESPONDENT: Sentient, f/k/a eBixJets, et al | |
| DOCUMENTS SERVED: 20 Day Summons, Complaint, Standard Civil Track Initial Order | |

Received on 04/08/2003 at 11:03 AM to be served on:

Paul A. Svensen, Jr. c/o Sentient

I do hereby affirm that on __4/17/03__ at __7:54 a.m.__ served this process by:

__X__ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process with the date and hour of service endorsed thereon by me. At the same time, I delivered to the within named person a copy of the complaint, petition, or other initial pleading or paper (if any) and informed the individual of the contents.

___ SUBSTITUTE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) at the within named person's usual place of abode with any person residing therein who is 15 years of age or older and informing the person of the contents: NAME: _____ TITLE/RELATION: _____

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

**LOCATION OF SERVICE:**
~~600 Cordwainer Drive~~
~~Norwell, MA 02061~~
95 Mann Lot Road
Scituate, MA  02066

**FOR(Client):**
John D. Parker, II, Esq.
Parker & Thompson, P.L.L.C.
830 North First Avenue
Phoenix, AZ  85003
602-254-9844

**COMMENTS:**
No longer at given address. Served at 95 Mann Lot Road, Scituate, MA 02066

**AUTHORIZATION:**

**DECLARATION:**
UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.
NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**SIGNATURE:**
X _[signature]_
Jerold S. Loomis, Disinterested Person
(Print Name)

State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL  33309
OUR FILE#: 42446