IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD SCOLLINS, | ) | CV03-12478-EFH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SENTIENT, fka eBizJets; JOHN I. WILLIAMS, | ) | |
| JR.; PAUL A SVENSEN, JR.; JOHN HENNESSY; | ) | |
| ED JOHNSON; and, PAUL MODEL. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DEFAULT

1. I am the attorney for the below-designated party and file this Affidavit to comply with F.R.C.P., Rule 55.

2. The following Defendant in this action, against whom a judgment for affirmative relief is sought, was served on April 17, 2003[1], and has failed to plead or otherwise defend as provided for by the Federal Rules of Civil Procedure:

> Paul A. Svensen, Jr.
> 95 Mann Lot Road
> Scituate, MA. 02066

3. To comply with the requirements of **50 USCA §520**, I verify that this Defendant is not in the military service. In the event that I cannot verify that this Defendant is not in the military service, I have filed herewith an Affidavit of Non-Military Service, executed by a person who has knowledge of facts on which such verification may

---

[1] See Verified Return of Service of Process Server attached as Exhibit "A" to Plaintiff's Application for Entry of Default.

be made.

4. Since the service of a copy of the Complaint and Summons or other pleading seeking affirmative relief herein upon this party, the statutory time, exclusive of the day of service, within which this party may plead or otherwise defend, has passed.

5. Plaintiff's claim for relief is for a sum certain in the principal amount of $527,000.00, with interest thereon at the rate allowable by law from the date of judgment until paid, and for costs incurred in this action in the amount of $973.82 through February 18, 2004.

WHEREFORE, Affiant demands that default be entered against the party herein designated.

Respectfully submitted,

_____
Jerald C. Thompson, Pro Hac Vice
PARKER & THOMPSON, P.L.L.C.
141 East Palm Lane, Suite 111
Phoenix, Arizona 85004
(602) 257-8100

Attorney for Plaintiff Donald Scollins

STATE OF ARIZONA       )
                       ) ss.
COUNTY OF MARICOPA     )

SUBSCRIBED AND SWORN TO before me this 19TH day of February, 2004.

My Commission Expires:

_____
NOTARY PUBLIC

OFFICIAL SEAL
MICHAEL S. ALLEN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 6, 2006

## CERTIFICATE OF SERVICE

I, Jerald C. Thompson, hereby certify that a true copy of the foregoing document was served this day upon Defendant Paul A. Svensen, Jr., and upon the attorneys of record for all other parties, by first class U.S. mail.

DATED:   February 19, 2004

Jerald C. Thompson

## ENTRY OF DEFAULT

The above-listed Defendant in this action having been regularly served with process and having failed to plead or otherwise defend the pleadings seeking affirmative relief on file in this action, and the time allowed having expired, the default of the above-listed Defendant is hereby entered.

SIGNED AND SEALED this date:_____


_____
Clerk of the U.S. District Court
For the District of Massachusetts