IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD SCOLLINS, individually and on
behalf of BOTTOM LINE ADVERTISING,
a sole proprietorship,

    Plaintiff,

vs.

SENTIENT, fka eBizJets, a Delaware
corporation; JOHN I. WILLIAMS, JR.;
PAUL A. SVENSEN, JR.; JOHN
HENNESSY; ED JOHNSON; AND PAUL
MODEL,
    Defendants.

Civil Action No. 03-12478EFH

## JOINT MOTION TO WITHDRAW PLAINTIFF'S APPLICATION FOR DEFAULT OR TO SET ASIDE DEFAULT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, all parties having appeared in the above-referenced matter hereby move that Plaintiff be permitted to withdraw his application for default or that the default be set aside (pursuant to Rule 55(c)) if already entered. As grounds for this Motion, the parties state that:

1. Defendants Sentient, John I. Williams, Jr., John Hennessy, Ed Johnson, and Paul Model (the "Sentient defendants") filed a timely Motion to Dismiss in this case, which is scheduled for Oral Argument in this Court on March 9, 2004. Paul A. Svensen, Jr. is the only defendant who has not filed a response to the Complaint.

2. Counsel for the plaintiff and counsel for the Sentient defendants had an agreement that plaintiff would refrain from seeking a default with respect to Mr. Svensen. The present application for default stemmed from a misunderstanding between counsel as to the duration of the agreement.

3. Counsel for the plaintiff and counsel for the Sentient defendants have resolved this misunderstanding, and plaintiff does not object to Mr. Svensen's filing of a response to the Complaint within a reasonable time hereafter.

4. No party will be prejudiced by Mr. Svensen responding at this time, given the fact that, due to the Motion to Dismiss, no party has answered the complaint, and no discovery has been taken by any party. Also, time is not an issue, as the parties have agreed to a schedule, entered by the Court, which calls for a final pre-trial conference in July 2005.

5. Based on conversations with Mr. Svensen's attorney, the parties expect Mr. Svensen to appear immediately in this case, and to join the Sentient defendants' pending Motion to Dismiss.

WHEREFORE, the parties respectfully request that the Court permit withdrawal of plaintiff's application for default, or that the default be set aside pursuant to Rule 55(c), if already entered.

      DONALD SCOLLINS, individually and on behalf
      of BOTTOM LINE ADVERTISING, a sole
      proprietorship,

      By his attorneys,

      _____
      Jerald C. Thompson, Pro Hac Vice (AZ # 009324)
      Anthony E. Young, Pro Hac Vice (AZ # 020742)
      PARKER & THOMPSON, PLLC
      141 East Palm Lane, Suite 111
      Phoenix, AZ 85004
      (602) 257-8100

      -and-

Edward C. Cooley (BBO#550117)
GIARRUSO NORTON COOLEY &
MCGLONE, PC
308 Victory Road
Quincy, MA 02171
(617) 770-2900

SENTIENT, fka eBizJets, a Delaware corporation;
JOHN I. WILLIAMS, JR.; JOHN HENNESSY; ED
JOHNSON; AND PAUL MODEL

By their attorneys,

*[signature]*

C. Max Perlman (BBO #630395)
A. Lauren Carpenter (BBO #551258)
SULLIVAN WEINSTEIN & McQUAY, PC
Two Park Plaza, Suite 610
Boston, Massachusetts 02116
(617) 348-4300

Dated: February 24, 2004