UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS,<br>        Plaintiff,<br><br>v.<br><br>SENTIENT JET, INC., F/K/A<br>EBIZJETS, JOHN I. WILLIAMS, JR.,<br>PAUL A. SVENSEN, JR., JOHN<br>HENNESSY, ED JOHNSON AND<br>PAUL MODEL,<br>        Defendants. | CIVIL ACTION NO. CV03-12478-EFH |

## NOTICE OF APPEARANCE FOR
## DEFENDANT PAUL A. SVENSEN, JR.

Pursuant to Fed. R. Civ. P. 11, please enter the appearances of the undersigned, Paul J. Murphy, Esquire, and Kevin P. Sweeney, Esquire, and the law firm of Menard, Murphy & Walsh LLP on behalf of defendant Paul A. Svensen, Jr.

Respectfully submitted,

PAUL A. SVENSEN, JR.,

By his attorneys,

*Paul J. Murphy (KPS)*
*Kevin P. Sweeney*
Paul J. Murphy, BBO #363490
Kevin P. Sweeney, BBO #548761
Menard, Murphy & Walsh LLP
60 State Street - 34th Floor
Boston, Massachusetts 02109
(617) 832-2500

Dated: February 24, 2004