UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD SCOLLINS,<br>           Plaintiff,<br><br>v.<br><br>SENTIENT JET, INC., F/K/A<br>EBIZJETS, JOHN I. WILLIAMS, JR.,<br>PAUL A. SVENSEN, JR., JOHN<br>HENNESSY, ED JOHNSON AND<br>PAUL MODEL,<br>           Defendants. | CIVIL ACTION NO. CV03-12478-EFH |

## DEFENDANT PAUL A. SVENSEN, JR.'S MOTION TO DISMISS
### (ORAL ARGUMENT REQUESTED)

Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), defendant Paul A. Svensen, Jr. ("Svensen") hereby moves this Court to enter an order dismissing Counts Three, Four and Five of plaintiff's Complaint dated March 17, 2003, being the only counts of the Complaint alleged against Svensen, for failure to state a claim upon which relief can be granted.

As further grounds for his Motion, Svensen hereby relies on and incorporates herein the arguments and authorities in the Motion to Dismiss, dated May 21, 2003, that defendants Sentient Jet, Inc., f/k/a ebizJets, John I. Williams, Jr., John Hennessy, Ed Johnson and Paul Model previously filed in this civil action.

WHEREFORE, defendant Paul A. Svensen, Jr. requests that this Court:

1. Enter an order dismissing with prejudice Counts Three, Four and Five of the Complaint, being the only counts of the Complaint alleged against him;

2. Enter judgment on his behalf and against plaintiff on the Complaint; and

3. Grant him such other relief as this Court deems just and appropriate.

### REQUEST FOR ORAL ARGUMENT

Pursuant to LR, D. Mass. 7.1(D), Svensen requests oral argument on this Motion.

Respectfully submitted,

PAUL A. SVENSEN, JR.,

By his attorneys,

*/s/ Kevin P. Sweeney*

Paul J. Murphy, BBO #363490
Kevin P. Sweeney, BBO #548761
Menard, Murphy & Walsh LLP
60 State Street - 34th Floor
Boston, Massachusetts 02109
(617) 832-2500

Dated: February 24, 2004

### CERTIFICATION PURSUANT TO LR, D. MASS. 7.1(A)(2)

Pursuant to LR, D. Mass. 7.1(A)(2), I, Kevin P. Sweeney, counsel for Paul A. Svensen, Jr., hereby certify that on February 24, 2004, Paul Murphy and I spoke with Jerald C. Thompson, Esquire, attorney for plaintiff Donald Scollins, by telephone in a good faith effort to resolve or narrow the issues in Defendant Paul A. Svensen, Jr.'s Motion to Dismiss. In that telephone conversation, we were unable to resolve or narrow the issues that are the subject of this Motion.

*/s/ Kevin P. Sweeney*
Kevin P. Sweeney

### CERTIFICATE OF SERVICE

I, Kevin P. Sweeney, hereby certify that on this 24th day of February 2004, I caused copies of **DEFENDANT PAUL A. SVENSEN, JR.'S MOTION TO DISMISS** to be served by overnight mail addressed to Jerald C. Thompson, Esquire, Parker & Thompson, P.L.L.C., 141 East Palm Lane - Suite 111, Phoenix, Arizona 85004 (attorney for plaintiff) and by first-class mail, postage prepaid, addressed to Edward C. Cooley, Esquire, Giarrusso, Norton, Cooley & McGlone, P.C., 308 Victory Road, Quincy, Massachusetts 02171 (attorneys for plaintiff) and C. Max Perlman, Esquire, Sullivan, Weinstein & McQuay, Two Park Plaza, Boston, Massachusetts 02116-3902 (attorney for all other defendants).

*/s/ Kevin P. Sweeney*
Kevin P. Sweeney

6814.1\Svensen, Paul\Pleadings\US District Court\Motion.Dismiss.doc