## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * *

DONALD SCOLLINS,
                Plaintiff

        v.                                      CIVIL ACTION NO.:
                                                  03-12478-EFH

SENTIENT, ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

March 9, 2004

HARRINGTON, S.D.J.

      After hearing, the Court dismisses with prejudice Defendants Hennessy, Johnson and Model as to <u>all</u> counts; dismisses Counts Three and Four with prejudice; dismisses Counts Five and Six without prejudice; grants thirty (30) days to the parties to amend Counts Five and Six; and dismisses Count Five without prejudice as to the Defendants Williams and Svensen.

      SO ORDERED.

                                                      /s/ Edward F. Harrington
                                                    EDWARD F. HARRINGTON
                                                    United States Senior District Judge