```
                                              FILED
                                         IN CLERKS OFFICE
```

IN THE UNITED STATES DISTRICT COURT 12 P 3:22

FOR THE DISTRICT OF MASSACHUSETTS DISTRICT COURT
                                     DISTRICT OF MASS.

| | |
|---|---|
| DONALD SCOLLINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTIENT, fka eBizJets; JOHN I. WILLIAMS, JR.; and)<br>PAUL A. SVENSEN, JR., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 03-12478-EFH |

## MOTION TO ADMIT
## ATTORNEY JOHN D. PARKER, II, PRO HAC VICE

Pursuant to LR 83.5.3(b), the undersigned counsel in the above-captioned matter moves for the admission *pro hac vice* of Attorney John D. Parker, II, of Phoenix, Arizona, to appear and practice before this court in the above-captioned matter. The undersigned submits that he will associate with Mr. Parker in connection with this particular matter in order to advise him of local procedures and rules applicable to the conduct of this case. Mr. Parker represented the Plaintiff in this matter in the Federal District Court for the District of Arizona, prior to the transfer of the case to this Court. Additionally, in support hereof, the Application of John D. Parker, II, submitted under oath, is submitted herewith.

Wherefore, the undersigned moves for the admission *pro hac vice* of Attorney John D. Parker, II.

Respectfully submitted,

*(signature)*

Edward C. Cooley, BBO #550117
GIARRUSSO, NORTON, COOLEY & MCGLONE, P.C.
308 Victory Road
Quincy, MA. 02171
(617) 770-2900

## CERTIFICATE OF SERVICE

I, Edward C. Cooley, hereby certify that a true copy of the foregoing document was served this day upon the attorney of record for each other party by:

_____   Hand Delivery

\_\_\_✓\_\_\_   First Class Mail.

DATED: July 9, 2004                    _____
                                        Edward C. Cooley

2