IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>SENTIENT, fka eBizJets, a Delaware corporation,<br><br>Defendants. | Civil Action No. 03-12478EFH |

## STIPULATION REGARDING DATE OF SERVICE OF AND RESPONSE TO FIRST AMENDED COMPLAINT

The parties to the above-captioned action, Donald Scollins and Sentient Jet, Inc. ("Sentient"), hereby stipulate as follows:

WHEREAS, on December 20, 2004, this Court allowed Scollins' Motion to Amend his Complaint.

WHEREAS, Scollins' Motion to Amend included an unsigned, proposed First Amended Complaint.

WHEREAS, Scollins wishes to file and serve a signed version of the Amended Complaint, and the parties wish to establish a date certain for Sentient's response to the First Amended Complaint.

NOW, THEREFORE, the parties stipulate that the date of service of the First Amended Complaint shall be January 3, 2005. In light of this stipulation, and pursuant to Rules 6, 12, and 15 of the Federal Rules of Civil Procedure, Sentient's response to the Amended Complaint shall be due on January 18, 2005.

The parties respectfully request that the Court enter this stipulation as an Order.

DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING, a sole proprietorship,

By his attorneys,

*/s/ John F. Parker*

John D. Parker, Pro Hac Vice (AZ # 015955)
Anthony E. Young, Pro Hac Vice (AZ # 020742)
PARKER & THOMPSON, PLLC
141 East Palm Lane, Suite 111
Phoenix, AZ 85004
(602) 257-8100

-and-

Edward C. Cooley (BBO#550117)
GIARRUSO NORTON COOLEY & MCGLONE, PC
308 Victory Road
Quincy, MA 02171
(617) 770-2900


SENTIENT, fka eBizJets, a Delaware corporation,

By its attorneys,

*/s/ C. Max Perlman*

C. Max Perlman (BBO #630395)
A. Lauren Carpenter (BBO #551258)
SULLIVAN WEINSTEIN & McQUAY, PC
Two Park Plaza, Suite 610
Boston, Massachusetts 02116
(617) 348-4300

Dated: December 30, 2004

So ordered:

_____
Hon. Edward F. Harrington
United States District Court
District of Massachusetts
Date:

2