IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB -7 P 12: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONALD SCOLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-12478-EFH |
| ) | |
| SENTIENT, fka eBizJets, a Delaware Corporation ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEENDANT'S MOTION TO DISMISS COUNT IV OF THE FIRST AMENDED COMPLAINT

Plaintiff, Donald Scollins, by and through counsel undersigned, respectfully requests a two (2) week extension, through February 18, 2005, to respond to Defendant's Motion to Dismiss Count IV of the First Amended Complaint.

Plaintiff's counsel has conferred with Defendant's counsel, Max Perlman, regarding this issue. Mr. Perlman stated he had no objection to Plaintiff's request for a two week extension to respond to Defendant's Motion to Dismiss, and granted Plaintiff's request in a telephone conference on this date. A copy of the letter to Mr. Perlman confirming the conversation is attached hereto and incorporated herein by reference s Exhibit "A".

For the foregoing reasons, undersigned counsel respectfully requests this Court enter an Order Extending Plaintiff's Time to Respond to Defendant's Motion to Dismiss Count IV of the First Amended Complaint for a period of two weeks, or through February 18, 2005.

DONALD SCOLLINS, individually and on behalf of Bottom Line Advertising, a sole proprietorship,

By his attorneys,

_____
John D. Parker, II, (AZ #015955), *Pro Hac Vice*
Anthony E. Young, (AZ #020742), *Pro Hac Vice*
141 E. Palm Lane, Suite 111
Phoenix, AZ 85082-3098
(602) 257-81007

-and-

Edward C. Cooley, BBO #550117
GIARRUSSO, NORTON, COOLEY
& MCGLONE, P.C.
308 Victory Road
Quincy, MA. 02171
(617) 770-2900

*Attorneys for Plaintiff Donald Scollins*

Dated:   February 4, 2005

### CERTIFICATE OF SERVICE

I, John D. Parker, II, hereby certify that on this 4th day of February, 2005, I caused a copy of **PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COUNT IV OF THE FIRST AMENDED COMPLAINT** to be served by first-class mail, postage pre-paid addressed to Max C. Perlman, Esq., Sullivan, Weinstein & McQuay, P.C., Two Park Plaza, Suite 610, Boston, MA 02116-3902 (Attorneys for Defendant).

_____
John D. Parker, II

K:\978\021377\motiontoextend

# Exhibit "A"

# PARKER LAW FIRM
## P.L.C.
### ATTORNEYS AT LAW

141 E. Palm Lane, Suite 111
Phoenix, Arizona 85004
P.O. Box 63098
Phoenix, Arizona 85082-3098

Telephone: (602) 257-8100
Facsimile:  (602) 257-8110

February 4, 2005

**VIA FACSIMILE AND U.S. MAIL**

C. Max Perlman
SULLIVAN, WEINSTEIN & MCQUAY, P.C.
Two Park Plaza, Suite 810
Boston, MA 02116-3902

Re:   Donald Scollins v. Sentient fka eBizJets

Dear Max:

This letter will confirm our telephone conversation today in which you granted Plaintiff a two (2) week extension, through February 18, 2005, to file Plaintiff's Response to Defendant's Motion to Dismiss Count IV of the First Amended Complaint.

I have enclosed with this correspondence, a copy of Plaintiff's Motion to Extend Time to Respond to Defendant's Motion to Dismiss and Order, both of which were forwarded to the Court today for filing.

Thank you for your courtesy and cooperation.

Very truly yours,

Jodi Wheeler
Paralegal

JDW/tms
Enclosure: As indicated

K:\978\021377\perl20.wpd