# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DONALD SCOLLINS,
                Plaintiff

            v.                       CIVIL ACTION NO.:
                                     03-12478-EFH

SENTIENT, ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RE-SCHEDULING ORDER

February 15, 2005

HARRINGTON, S.D.J.

    The Final Pretrial Conference previously scheduled for July 13, 2005 is re-scheduled to **Wednesday, June 29, 2005, at 11:00 A.M.,** in Courtroom No. 13 on the fifth floor.

    SO ORDERED.

                                       /s/ Edward F. Harrington
                                       EDWARD F. HARRINGTON
                                       United States Senior District Judge