IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD SCOLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 03-12478-EFH |
| v. | ) | |
| | ) | |
| SENTIENT, fka eBizJets, | ) | PLAINTIFF'S NOTICE OF |
| | ) | FILING NON-PAYMENT OF |
| Defendant. | ) | WAGE COMPLAINT |
| | ) | |

Plaintiff, Donald Scollins, by and through counsel undersigned, hereby gives notice on the date set forth below he has filed a Non-Payment of Wage Complaint with the Commonwealth of Massachusetts, Office of the Attorney General, pursuant to this Court's Order dated February 28, 2005, granting Plaintiff leave to file said Complaint with the Attorney General's Office.

A copy of Plaintiff's Wage Complaint was forwarded by first-class mail, postage pre-paid, to Mr. Max Perlman, counsel for Defendant Sentient Jets fka eBizJets.com, Inc., on the date set forth below.

. . .

. . .

. . .

DATED this _25_ March, 2005

_____
John D. Parker, II, *Pro Hac Vice*
Anthony E. Young, *Pro Hac Vice*
141 E. Palm Lane, Suite 111
Phoenix, AZ  85082-3098
(602) 257-8100
-and-
Edward C. Cooley, BBO #550117
GIARRUSSO, NORTON, COOLEY
& MCGLONE, P.C.
308 Victory Road
 Quincy, MA. 02171
(617) 770-2900
*Attorneys for Plaintiff Donald Scollins*


## CERTIFICATE OF SERVICE

I, John D. Parker, II, hereby certify that on this _25_ day of March, 2005, I caused a copy of **PLAINTIFF'S NOTICE OF FILING NON-PAYMENT OF WAGE COMPLAINT** and **PLAINTIFF'S WAGE COMPLAINT** to be served by first-class mail, postage pre-paid to Max Perlman, Esq., Sullivan, Weinstein & McQuay, P.C., Two Park Plaza, Suite 610, Boston, Massachusetts, 02116.

_____
John D. Parker, II


K:\978\021377\AGcomplaint-filing.NOT

2