IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03-12478-EFH |
| | ) |
| SENTIENT, fka eBizJets, a Delaware Corporation | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF AUTHORITY TO PURSUE WAGE CLAIM

## AGAINST DEFENDANT AND REQUEST FOR ORDER

Plaintiff, Donald Scollins, by and through undersigned counsel, does hereby give notice to the Court the Office of the Attorney General, for the Commonwealth of Massachusetts, has given Plaintiff written authority to pursue a wage claim against Defendant as permitted by Massachusetts General Laws, chapters 149 and 151.

Accordingly, Plaintiff respectfully requests the Court enter an Order requiring Defendant to answer Plaintiff's Wage Claim, asserted in Count 4 of Plaintiff's First Amended Complaint, on the following grounds and for the following reasons.

On November 23, 2004, Plaintiff filed a Motion for Leave to File First Amended Complaint, to add a wage claim, and unjust enrichment claim, against Defendant. The Court subsequently granted Plaintiff leave to file the First Amended Complaint on or about December 20, 2004.

Plaintiff's First Amended Complaint was filed on or about December 28, 2004, and added an unjust enrichment claim, and a wage claim under Massachusetts General Law, Chapter 149, § 150, and Chapter 151, §§ 1(b) and 20.

Defendant answered the First Amended Complaint, with the exception of the wage claim, to which Defendant responded by filing a Motion to Dismiss.

On February 28, 2005, the Court denied Defendant's Motion to Dismiss, and granted Plaintiff leave to file a Complaint against Defendant with the Massachusetts Attorney General.

On March 25, 2005, Plaintiff filed a Non-Payment of Wage Complaint with the Commonwealth of Massachusetts, Office of the Attorney General, copies of which were forwarded to all parties to this matter.

On April 11, 2005, Plaintiff's counsel received written authorization from the Massachusetts' Attorney General's Office authorizing Plaintiff to pursue a wage claim against Defendant through a civil lawsuit, as permitted by Massachusetts General Laws, chapters 149 and 151, entitling Plaintiff to injunctive relief, treble damages for any loss of wages and other benefits, as well as the cost of litigation and reasonable attorneys' fees. A copy of the April 11, 2005, letter from the Massachusetts Attorney General is attached hereto and incorporated herein by reference as Exhibit "A."

Plaintiff's wage claim under Mass. Gen. L. c. 149, § 148 and 150, has already been asserted against Defendant in Count 4, of Plaintiff's First Amended Complaint, filed on

December 28, 2004.

For the foregoing reasons, Plaintiff respectfully requests the Court enter an Order requiring Defendant to answer Plaintiff's Wage Claim asserted in Count 4 of the First Amended Complaint.

RESPECTFULLY SUBMITTED this 19th day of April, 2005.

PARKER LAW FIRM, P.L.C.

By: _____
John D. Parker, II, *Pro Hac Vice*
Anthony E. Young, *Pro Hac Vice*
141 E. Palm Lane, Suite 111
Phoenix, AZ 85082-3098
(602) 257-81007

-and-

Edward C. Cooley, BBO #550117
GIARRUSSO, NORTON, COOLEY
& MCGLONE, P.C.
308 Victory Road
Quincy, MA. 02171
(617) 770-2900

*Attorneys for Plaintiff Donald Scollins*

-3-

## CERTIFICATE OF SERVICE

I, John D. Parker, II, hereby certify that on this 19th day of April, 2005, I caused copies of **PLAINTIFF'S NOTICE OF AUTHORITY TO PURSUE WAGE CLAIM AGAINST DEFENDANT AND REQUEST FOR ORDER** to be served by first-class mail, postage pre-paid addressed to Max C. Perlman, Esq., Sullivan, Weinstein & McQuay, P.C., Two Park Plaza, Suite 610, Boston, MA, 02116-3902 (Attorneys for Defendant).

John D. Parker, II

K:\978\021377\noticeofauthority