IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 03-12478-EFH |
| v. | ) |
| | ) |
| SENTIENT, fka eBizJets; JOHN I. WILLIAMS, JR.; | ) |
| and PAUL A. SVENSEN, JR., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING ORIGINAL
## AFFIDAVIT OF SERVICE

Plaintiff, Donald Scollins, does hereby give notice of having filed the original Affidavit of Service of Civil Subpoena and Notice of Deposition (Exhibit "A" attached hereto) for Dan Underwood.

Plaintiff Donald Scollins, by his attorneys,

John D. Parker, II
PARKER LAW FIRM, P.L.C.
141 East Palm Lane, Suite 111
Phoenix, AZ 85004
(602) 257-8100

Date: August 31, 2005

## CERTIFICATE OF SERVICE

I, John D. Parker, II, hereby certify that the above document was served upon all counsel of record in this matter by mail on August 31, 2005.

_____
John D. Parker, II

K:\978\021377\NoticeofFilingAffidavit.wpd

# EXHIBIT "A"

Case 1:03-cv-12478-EFH   Document 56   Filed 09/06/2005   Page 3 of 4

# AFFIDAVIT OF SERVICE

| Insert name of court, judicial district or branch court, if any: United States District Court, District of Massachusetts ||
|---|---|
| DEPOSITION/COURT DATE: 05/24/2005 - 3:00 PM | CASE NUMBER: 03-12478-EFH |
| PLAINTIFF/PETITIONER: Donald Scollins ||
| DEFENDANT/RESPONDENT: Sentient, fka eBixJets ||
| DOCUMENTS SERVED: Civil Subpoena, Notice of Deposition of Dan Underwood, Letter to Witness ||

Received on **03/29/2005** at **9:30 AM** to be served on:

Dan Underwood

I do hereby affirm that on **04/13/2005** at **3:15 PM** I served this process by:

___ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process with the date and hour of service endorsed thereon by me. At the same time, I delivered to the within named person a copy of the complaint, petition, or other initial pleading or paper (if any) and informed the individual of the contents.

XXX SUBSTITUTE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) at the within named person's usual place of abode with any person residing therein who is 15 years of age or older and informing the person of the contents:   NAME: **Ashley Underwood**   TITLE/RELATION: **Daughter/Co-Resident**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: 1111 SE Federal Highway, Suite 228 Stuart, FL 34994 | FOR(Client): John D. Parker, II, Esq. Parker & Thompson, P.L.L.C. Post Office Box 63098 Phoenix, AZ  85082-3098 602-257-8100 |
|---|---|
| COMMENTS: Given address is presently vacant. Served at 4028 Greenwood Drive, Fort Pierce, FL ||
| AUTHORIZATION: ||
| NOTARY: Sworn to and subscribed before me on the 28th day of April, 2005 by Jack Lippman x Susan Rosenberg NOTARY PUBLIC ✓ Personally Known ___ Produced Identification Type of identification produced: SUSAN ROSENBERG MY COMMISSION # DD 188266 EXPIRES: June 25, 2007 Bonded Thru Notary Public Underwriters | SIGNATURE: X _____ Faustino Merone (Print Name) State Service Corporation 4030 Powerline Rd. Ft. Lauderdale, FL  33309 OUR FILE#: **60797** |