IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTIENT, fka eBizJets; JOHN I. WILLIAMS, JR.;)<br>and  PAUL A. SVENSEN, JR., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 03-12478-EFH |

### NOTICE OF FILING ORIGINAL AFFIDAVIT OF SERVICE

Plaintiff, Donald Scollins, does hereby give notice of having filed the original Affidavit of Service of Civil Subpoena and Notice of Deposition (Exhibit "A" attached hereto) for Joseph Jeff Creed.

Plaintiff Donald Scollins, by his attorneys,

John D. Parker, II
PARKER LAW FIRM, P.L.C.
141 East Palm Lane, Suite 111
Phoenix, AZ  85004
(602) 257-8100

Date: August 31, 2005

## CERTIFICATE OF SERVICE

    I, John D. Parker, II, hereby certify that the above document was served upon all counsel of record in this matter by mail on August 31, 2005.

_____
John D. Parker, II

K:\978\021377\NoticeofFilingAffidavit.wpd

# EXHIBIT "A"

# AFFIDAVIT OF SERVICE

Insert name of court, judicial district or branch court, if any:

United States District Court, District of Massachusetts

| DEPOSITION/COURT DATE: | CASE NUMBER: |
|---|---|
| 05/24/2005 - 1:00 PM | 03-12478-EFH |

**PLAINTIFF/PETITIONER:**
Donald Scollins

**DEFENDANT/RESPONDENT:**
Sentient, fka eBixJets

**DOCUMENTS SERVED:**
Civil Subpoena, Notice of Deposition of Joseph Jeff Creed, Letter to Witness

Received on **03/29/2005** at **9:30 AM** to be served on:

Joseph Jeff Creed

I do hereby affirm that on __4/7/05__ at __7:15 AM__ I served this process by:

**X** INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process with the date and hour of service endorsed thereon by me. At the same time, I delivered to the within named person a copy of the complaint, petition, or other initial pleading or paper (if any) and informed the individual of the contents.

___ SUBSTITUTE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) at the within named person's usual place of abode with any person residing therein who is 15 years of age or older and informing the person of the contents: NAME: _____ TITLE/RELATION: _____

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

**LOCATION OF SERVICE:**
51 Glass Terr
Duxbury, MA 02332

**FOR(Client):**
John D. Parker, II, Esq.
Parker & Thompson, P.L.L.C.
Post Office Box 63098
Phoenix, AZ 85082-3098
602-257-8100

**COMMENTS:**

**AUTHORIZATION:**

**NOTARY:**

Sworn to and subscribed before me on the
__7__ day of __April__, 2005
by __Maria Barros__.

X __[signature]__
NOTARY PUBLIC
MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

**X** Personally Known
___ Produced Identification
Type of identification produced: _____

**SIGNATURE:**
X __Jason Rudy__
__Jason Rudy__
(Print Name)

State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL 33309
OUR FILE#: 60792