IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING, a sole proprietorship,

    Plaintiff,

vs.

SENTIENT, fka eBizJets, a Delaware corporation;
    Defendant.

Civil Action No. 03-12478EFH

## JOINT MOTION OF THE PARTIES TO MODIFY TWO DATES IN THE SCHEDULING ORDER

Pursuant to Local Rule 16.1, the plaintiff and defendant hereby jointly move to modify two dates in the as follows:

| Event | Current Date | Parties' Proposed Date |
|---|---|---|
| Filing of dispositive motions | September 15, 2005 | September 26, 2005 |
| Pretrial Conference | October 20, 2005 | October 27, 2005 or October 28, 2005 or October 31, 2005 |

The requested changes in the schedule are minor, and are made necessary because of: 1) plaintiff's counsel's inability to travel from Arizona to Massachusetts on October 20th for the scheduled pretrial, due to other obligations, and 2) the parties' unforeseen need for additional time to complete dispositive motions (including a recent illness by an attorney involved in drafting such motions). Affirmations as to these grounds can be provided by the parties if the Court so requires.

WHEREFORE, the parties respectfully and jointly request that the Court enter an Order establishing that dispositive motions are due on September 26, 2005, and that the Pretrial Conference be held on October 27, 28, or 31, 2005.

DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING, a sole proprietorship,

By his attorneys,

*/s/ John Parker*
John Parker, Pro Hac Vice
Anthony E. Young, Pro Hac Vice
PARKER LAW FIRM, PLC
141 East Palm Lane, Suite 111
Phoenix, AZ 85004
(602) 257-8100

-and-

Edward C. Cooley (BBO#550117)
GIARRUSO NORTON COOLEY &
MCGLONE, PC
308 Victory Road
Quincy, MA 02171
(617) 770-2900

SENTIENT, fka eBizJets, a Delaware corporation,

By its attorneys,

*/s/ C. Max Perlman*
C. Max Perlman (BBO #630395)
SULLIVAN WEINSTEIN & McQUAY, PC
Two Park Plaza, Suite 610
Boston, Massachusetts 02116
(617) 348-4300

Dated: September 13, 2005