UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING,<br><br>       Plaintiff,<br><br>  vs.<br><br>SENTIENT, f/k/a eBizJets,<br><br>       Defendant. | Civil Action No. 03-12478-EFH |

### SENTIENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Sentient, f/k/a eBizJets ("Sentient") moves for partial summary judgment dismissing all of Count IV and two parts of Counts I and II of the complaint of plaintiff Donald Scollins. Sentient relies on the pleadings on file in this action, the undisputed facts set forth in Sentient's Statement of Undisputed Facts, the deposition excerpts and other exhibits attached to the Affidavit of C. Max Perlman in Support of Sentient's Motion for Partial Summary Judgment, and the arguments set forth in Sentient's Memorandum in Support of Its Motion for Summary Judgment. The grounds for the motion are as follows:

   1.   Scollins's claim for damages based on Sentient's purported violation of the Wage Act for changing the termination of his employment to "for cause" (Count IV) fails because the claim is not cognizable under the Wage Act and it is barred by the statute of limitations.

   2.   Scollins's claims for breach of contract and breach of warranty (Counts I and II) based on a purported employment agreement requiring progressive discipline fail because the undisputed evidence shows that no such agreement existed.

   3.   Scollins's claims for breach of contract and breach of warranty (Counts I and II)

based on a purported "Advertising Placement Agreement" fail because the terms of the purported agreement are too indefinite and vague to constitute an enforceable contract as a matter of law and, to the extent any contract exists, it is an oral contract barred by the statute of frauds.

Sentient, accordingly, moves that this Court grant it summary judgment on Count IV in its entirety and on the parts of Counts I and II of the Complaint that rely on the purported employment agreement and the purported "Advertising Placement Agreement."

### Request For Hearing

Sentient requests a hearing on this motion.

SENTIENT JETS, INC., f/k/a eBizJets.com,
By its attorneys,

/s/ C. Max Perlman_____
C. Max Perlman (BBO #630395)
A. Lauren Carpenter (BBO #551258)
SULLIVAN WEINSTEIN & McQUAY, PC
Two Park Plaza, Suite 610
Boston, Massachusetts 02116

Dated: September 26, 2005                (617) 348-4300

### LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that I have conferred with plaintiff's counsel in a good faith attempt to narrow or resolve the issues presented by this motion, without success.

/s/ C. Max Perlman_____
C. Max Perlman