UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING,<br><br>    Plaintiff,<br><br>vs.<br><br>SENTIENT, f/k/a eBizJets,<br><br>    Defendant. | Civil Action No. 03-12478-EFH |

**AFFIDAVIT OF C. MAX PERLMAN IN SUPPORT OF**
**SENTIENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1.    I am an attorney at the law firm of Sullivan Weinstein & McQuay, P.C. I represent the defendant in this action, Sentient, f/k/a eBizJets.

2.    I submit this affidavit to identify and authenticate various documents that are referenced in Sentient's Memorandum in Support of Its Motion for Partial Summary Judgment and Sentient's Statement of Undisputed, Material Facts.

3.    Exhibit A to this affidavit is a true and accurate copy of excerpts from the depositions of Jeff Creed ("Creed Dep.").[1]

4.    Exhibit B to this affidavit is a true and accurate copy of excerpts from the depositions of. Donald Scollins ("Scollins Dep.").

5.    Exhibit C to this affidavit is a true and accurate copy of excerpts from the depositions of Carol Caliendo ("Caliendo Dep.").

---

[1]    In accordance with Section L(2) of the District of Massachusetts Electronic Case Filing Administrative Procedures (October 24, 2003), only those excerpts of the referenced documents that are directly germane to the matter under consideration by the Court are submitted as attachments and excerpts are marked as such in this Affidavit.

2

6.     Exhibit D to this affidavit is a true and accurate copy of Plaintiff's Answers to Defendant's First Set of Interrogatories ("Scollins Interrog. Answers").

7.     Exhibit E to this affidavit is a true and accurate copy of the Stock Option Agreement between Donald Scollins and Sentient, dated November 8, 2000.

8.     Exhibit F to this affidavit is a true and accurate copy of excerpts from Sentient's Employee Handbooks, dated September 2000 and September 2001.

Sworn under the penalties of perjury this 26th day of September 2005.


/s/ C. Max Perlman_____
C. Max Perlman