```
                                                          1
 1                 Volume 1, Pages 1-60
 2            UNITED STATES DISTRICT COURT
 3          FOR THE DISTRICT OF MASSACHUSETTS
 4    Civil Action No. 03-12489EFH
 5         -----------------------------
 6    DAVID SCOLLINS, individually and on
 7    behalf of BOTTOM LINE ADVERTISING, a
 8    sole proprietorship,
 9                 Plaintiff
10    v.
11    SENTIENT, f/k/a eBizJets, a Delaware
12    corporation,
13                 Defendant
14         -----------------------------
15            DEPOSITION OF CAROL CALIENDO
16         Thursday, July 15, 2004, 1:05 p.m.
17            Sullivan Weinstein & McQuay, P.C.
18                    Two Park Plaza
19                 Boston, Massachusetts
20       -------Reporter:  Susan J. Blatt, RPR-------
21               Farmer Arsenault Brock LLC
22            50 Congress Street, Suite 415
23              Boston, Massachusetts 02109
24           617.728.4404   fax 617.728.4403
```

FARMER ARSENAULT BROCK LLC

```
                                                                2

 1    APPEARANCES:

 2    The Parker Law Firm

 3        John D. Parker, II, Esq.

 4        141 East Palm Lane, Suite 111

 5        Phoenix, Arizona 85004

 6        602.257.8100   Fax: 602.257.8110

 7        jparker@ptlaw.net

 8        for Plaintiff

 9

10    Sullivan Weinstein & McQuay, P.C.

11        Max C. Perlman, Esq.

12        Two Park Plaza

13        Suite 610

14        Boston, Massachusetts   02116-3902

15        617.348.4300   Fax: 617.348.4343

16        max@swmlawyers.com

17        for Defendant

18

19

20

21

22

23

24
```

```
                                                    3
 1                 P R O C E E D I N G S
 2               CAROL CALIENDO, sworn
 3                    EXAMINATION
 4  BY MR. PARKER:
 5      Q.  Ma'am, can you state your name for the
 6  record.
 7      A.  Carol Caliendo.
 8      Q.  What's your address?
 9      A.  21 Madison Road in Wellesley, Mass.
10      Q.  Have you ever been deposed before?
11      A.  No.
12      Q.  I'd just like a little bit of background
13  information.  Where did you go to high school?
14      A.  Binghamton, New York.
15      Q.  If I may ask, when did you graduate?
16      A.  1970.
17      Q.  Any undergraduate studies?
18      A.  A few different places out here, at
19  Bentley, Alfred Tech.  Just a few, no degree.
20      Q.  OK.  So how long have you been in the area
21  of human resources?
22      A.  I started working in a car dealership when
23  it was called personnel.  So I'm guessing that goes
24  back 18 years, 20 years ago.  Actually 18 years.  My
```

                                                              4

1  kids are 20.
2      Q.   Are you currently working now?
3      A.   Yes, I work for myself.  I'm self-employed.
4      Q.   When did you start working for eBizJets?
5      A.   I had to check on this because I wasn't
6  sure, but it was the fall of 2000.
7      Q.   How did you get the position?
8      A.   A -- through the grapevine.  A recruiter
9  had placed the controller there, Bob Herlihy, and I
10 went in and spoke with both he and John Williams.
11 It was a referral.
12     Q.   You had an interview with Mr. Williams and
13 who else?
14     A.   Bob Herlihy was the controller at the time.
15     Q.   How long did you work at eBizJets?
16     A.   I was -- they were a client until the
17 spring of 2002.
18     Q.   When you say "They were a client," were you
19 an independent contractor?
20     A.   I was.
21     Q.   You were not an employee?
22     A.   Correct.
23     Q.   This was through a consulting business
24 then?

                                                                5

1        A.    (Witness nods.)
2        Q.    Is it the same business that you're
3    currently operating?
4        A.    Yeah, I just use my initials, CHD
5    Consulting, but I had been working for the prior
6    five or six years working specifically with startup
7    companies, going in with the first ten people,
8    putting in benefit systems and trying to set up some
9    policy and procedure and recruiting, those kinds of
10   things.
11       Q.    Do you recall by way of some sort of a list
12   some of the things that you implemented at eBizJets
13   when you were working as their human resources
14   person?
15       A.    The very basic HR skeleton, which is to set
16   up an employee census, performance evaluations, the
17   benefit system.  We -- job descriptions.  You know,
18   the whole process of just human capital management,
19   trying to -- recruiting system, set up requisitions
20   if they didn't have that prior.  Just trying to
21   impose some structure to a chaotic situation.
22       Q.    It was chaotic?
23       A.    Oh, yeah, it was growing very fast.
24       Q.    Do you remember how many employees that the