IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING, a sole proprietorship,<br><br>               Plaintiff,<br><br>v.<br><br>SENTIENT, fka eBizJets,<br><br>               Defendant. | Civil Action No. 03-12478-EFH |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS THREE AND FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff, Donald Scollins ("Scollins"), through his attorneys, and pursuant to Rule 56, *Federal Rules of Civil Procedure*, hereby submits the following Motion for Partial Summary Judgment on Counts Three (Unjust Enrichment), and Four (Wage Claim), of Plaintiff's First Amended Complaint because there are no material fact issues in dispute, thereby entitling Scollins to judgment as a matter of law.

As set forth more fully in the accompanying Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment, summary judgment is appropriate on Scollins' unjust enrichment claim because Scollins has established all elements of the claim, as provided under Massachusetts law, to recover the cost savings realized by Defendant for placing its

advertising through Scollins' ad agency, and which Defendant promised to pay to Scollins either when Scollins left the Company, or the Company was sold.

Similarly, Scollins has established his wage claim, as a matter of law, because the stock options he was promised, but not paid, were wages within the meaning of Massachusetts law.

For the reasons set forth herein, and in the accompanying Memorandum of Law, Scollins respectfully requests this Court grant partial summary judgment on Counts Three (Unjust Enrichment), and Four (Wage Claim), of Plaintiff's First Amended Complaint.

Plaintiff Donald Scollins, by his attorneys,

John D. Parker, II, *Pro Hac Vice*
Anthony E. Young, *Pro Hac Vice*
PARKER LAW FIRM, P.L.C.
141 E. Palm Lane, Suite 111
Phoenix, AZ 85004-3098

-and-

Edward C. Cooley, BBO #550117
GIARRUSSO, NORTON, COOLEY, ET. AL.
308 Victory Road
Quincy, MA. 02171

Dated:     September 26, 2005

### CERTIFICATE OF SERVICE

I, John D. Parker, II, hereby certify that on this 26th day of September, 2005, I caused copies of **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS THREE AND FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT, SEPARATE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS THREE AND FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS THREE AND FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT, AND DECLARATION OF DONALD SCOLLINS,** to be served by first-class mail, postage pre-paid addressed to Max C. Perlman, Esq., Sullivan, Weinstein & McQuay, P.C., Two Park Plaza, Suite 610, Boston, MA 02116-3902 (Attorneys for Defendant).

John D. Parker, II

K:/978/021377/mpsj

2