EBIZJETS history in The Wall Street Journal as placed by Bottom Line Advertising

|           | 1999       | 2000       | 2001         |
|-----------|------------|------------|--------------|
| January   |            | 17,291.32  | 112,155.12   |
| February  |            | 17,219.32  | 100,392.48   |
| March     |            | 30,133.81  | 115,765.92   |
| April     |            | 35,299.60  | 137,737.53   |
| May       |            | 59,406.63  | 103,735.67   |
| June      |            | 60,144.56  | 94,796.40    |
| July      |            | 52,764.80  | 110,595.80   |
| August    |            | 80,156.92  | 70,840.26    |
| September | 5,382.20   | 125,505.41 | 85,482.98    |
| October   | 8,073.20   | 121,666.53 | 108,796.52   |
| November  | 9,492.98   | 111,142.26 | 92,411.64    |
| December  | 20,697.10  | 80,973.72  | 77,711.80    |
| TOTAL     | 43,645.48  | 791,704.88 | 1,210,422.12 |

0003