# MEMORANDUM

TO:     **Donald Scollins**
FROM:   **John L. Williams, Jr.**
DATE:   **November 27, 2000**
RE:     **Grant of Stock Options**

---

## Stock Option Award

Congratulations! This is to advise you that in recognition of your outstanding performance, you are being awarded options to purchase 280,412 shares of eBizJets.com, Inc. (the "Company") at a purchase price of $0.50 per share. This award is subject to the terms and conditions set forth in your Stock Option Agreement and in the eBizJets.com, Inc. 2000 Stock Option Plan (the "Plan"), which will be provided to you separately. You should review carefully your Stock Option Agreement and the Plan.

These options will vest over the next four years at a rate of twenty-five percent (25%) on the first anniversary of the Vesting Commencement Date, and thereafter monthly at the rate of 2.0833% through the fourth anniversary of the Vesting Commencement Date. The Vesting Commencement Date is the later of the date on which the Company was formed, February 2, 2000, or the date on which your employment with the Company commenced. Your Vesting Commencement Date is February 2, 2000. Vesting of these options is subject to all of the terms and conditions of your Stock Option Agreement and the Plan.

## Stock Certificates

Although the Company keeps track of the number of shares that each stockholder owns, some people like to have the actual stock certificates. If you would like to receive stock certificates representing your ownership of shares in the Company, please contact Bob Herlihy.

## Questions

If you have any questions regarding this grant of stock options, please contact me.

\*   \*   \*   \*

CT01/MAYNN/164964.3