IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, Individually and on behalf of Bottom Line Advertising, a Sole Proprietorship, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTIENT, fka eBizJets, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 03-12478-EFH |

County of Maricopa    )
                     ) ss.
STATE OF ARIZONA    )

**SUPPLEMENTAL DECLARATION OF DONALD SCOLLINS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS THREE AND FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff, Donald Scollins, declares as follows:

1. I am the Plaintiff in the foregoing matter entitled Scollins vs. Sentient, fka eBizJets, Case No. 03-12478-EFH.

2. I submit this Supplemental Declaration to identify and authenticate various documents referenced in my original Declaration in Support of Plaintiff's Motion for Partial Summary Judgment ("Scollins' Decl.") dated September 26, 2005, a copy of which is attached hereto as Exhibit A.

3. Exhibit 1 to Scollins' Decl. is a true and correct copy of eBizJets' advertising history with *The Wall Street Journal* ("*WSJ*") as disclosed by the *WSJ*.

4.  Exhibit 2 to Scollins' Decl. is a true and correct copy of a Memorandum from John Williams dated November 27, 2000, granting me 280,412 shares in eBizJets' stock options.

5.  Exhibit 3 to Scollins' Decl. is a true and correct copy of the Stock Option Agreement I entered into with eBizJets on November 8, 2000.

6.  Exhibit 4 to Scollins' Decl. is a true and correct copy of the proposed Mutual Termination Agreement which was presented to me for consideration on or about November 23, 2001.

7.  Exhibit 5 to Scollins' Decl. is a true and correct copy of a letter dated January 15, 2002, addressed to me from John Williams in which my termination was changed to be for "Cause."

Sworn under the penalties of perjury this __6th__ day of October, 2005.

_____
Donald Scollins

k:/978/021377/scollinsdeclaration.