Jan 15 02 04:05p   Ji  Scollins                    818-  3-7391        p.1



January 15, 2002

Mr. Donald Scollins
P.O. Box 2
Green Harbor, MA 02041

Dear Mr. Scollins:

Please be advised that your employment with eBizJets.com, Inc. (the "Company") is hereby terminated effective at 5:00 p.m. on Tuesday, January 15, 2002. The Company's Human Resources Department will be forwarding your final paycheck to you under separate cover in the immediate future, along with information concerning Company benefits, if any, you might be entitled to in connection with the termination of your employment.

Please be further advised that, as determined by the Company's Board of Directors, your employment is being terminated for "Cause," pursuant to and as defined in Section 4(b) of the Stock Option Agreement you entered into with the Company dated November 8, 2000. Pursuant to Section 4(a)(v) of the Stock Option Agreement, your Option to purchase all or any part of the number of shares of Common Stock terminates on the date that you cease to be an employee of the Company. Accordingly, any rights you may have had to exercise any unexercised portion of the Option, whether vested or unvested, terminated effective as of 5:00 p.m. today. Enclosed herewith is a reference copy of your Stock Option Agreement.

Please telephone Carol Caliendo of the Company's Human Resources Department to arrange for a Company representative to pick up any Company property in your possession, custody or control.

Very truly yours,

John L. Williams, Jr.
President & CEO

Enclosures: Stock Option Agreement

---

EXECUTIVE JET CORPORATE CENTER · 600 CORDWAINER DRIVE, NORWELL, MA 02061
TEL: 1-877-EBIZJETS(877-324-9538)   FAX: 781-331-8127   www.ebizjets.com