IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, Individually and on behalf of Bottom Line Advertising, a Sole Proprietorship, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SENTIENT, fka eBizJets, ) <br> ) <br> Defendant. ) | Civil Action No. 03-12478-EFH |

County of Maricopa   )
                     )   ss.
STATE OF ARIZONA     )

**SUPPLEMENTAL AFFIDAVIT OF JOHN D. PARKER, II, IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND SEPARATE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. I am an attorney at the Parker Law Firm, P.L.C., and represent Plaintiff, Donald Scollins ("Scollins" or "Plaintiff"), in the foregoing action.

2. This affidavit is intended to supplement Plaintiff's Motion for Partial Summary Judgment ("MPSJ"), Memorandum of Law in Support of its Motion for Partial Summary Judgment ("Legal Memo"), and Separate Statement of Facts in Support of its Motion for Partial Summary Judgment ("SSOF"), previously filed with the Court on September 27, 2005, and is submitted in support thereof. Its purpose is to identify and

authenticate the following documents referenced in Plaintiff's Motion for Partial Summary Judgment, Memorandum of Law, and Separate Statement of Facts, in support thereof.

3. Exhibit "A" to this affidavit is a true and correct copy of excerpts from the deposition of Donald Scollins ("Scollins' Depo.")[1] (See Plaintiff's SSOF, ¶¶3-8; ¶10.)

4. Exhibit "B" to this affidavit is a true and correct copy of excerpts from the deposition of Joseph "Jeff" Creed ("Creed Depo.") (See Plaintiff's SSOF, ¶¶ 4-6.)

5. Exhibit "C" to this affidavit is a true and correct copy of excerpts from the deposition of John Williams ("Williams' Depo.") (See Plaintiff's SSOF, ¶¶ 17-19.)

Sworn under the penalties of perjury this 5/4 day of October, 2005.

John D. Parker, II

K:\978\021377\parkeraffidavit.wpd

---

[1] In accordance with Section L(2) of the District of Massachusetts Electronic Case Filing Administrative Procedures (October 24, 2003), only those excerpts of the referenced documents that are directly germane to the matter under consideration by the Court are submitted as attachments and excerpts are marked as such in this Affidavit.