IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING, a sole proprietorship,<br><br>           Plaintiff,<br><br>v.<br><br>SENTIENT, fka eBizJets,<br><br>           Defendant. | Civil Action No. 03-12478-EFH |

### REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS THREE AND FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, Donald Scollins ("Scollins"), through his attorney John Parker, II, does hereby request oral argument be set on Plaintiff's Motion for Partial Summary Judgment on Counts Three (Unjust Enrichment), and Four (Wage Claim), of Plaintiff's First Amended Complaint.

If possible, undersigned counsel respectfully requests Plaintiff's Motion for Partial Summary Judgment be heard on November 2, 2005, immediately following the Final Pretrial Conference, so that it will not be necessary for Mr. Parker to travel from Phoenix to Massachusetts again at a later date.

Scheduling the oral argument on November 2, 2005, will allow the parties the appropriate time period, pursuant to the Federal Rules of Civil Procedure, within which to file their response and reply briefs prior to the hearing.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this matter be set for oral argument, preferably immediately following the Final Pretrial Conference on November 2, 2005.

          Plaintiff Donald Scollins, by his attorneys,

          John D. Parker, II, *Pro Hac Vice*
          Anthony E. Young, *Pro Hac Vice*
          PARKER LAW FIRM, P.L.C.
          141 E. Palm Lane, Suite 111
          Phoenix, AZ 85004-3098

          -and-

          Edward C. Cooley, BBO #550117
          GIARRUSSO, NORTON, COOLEY, ET. AL.
          308 Victory Road
          Quincy, MA. 02171

Dated:     October 5, 2005.

## CERTIFICATE OF SERVICE

I, John D. Parker, II, hereby certify that on this 5th day of October, 2005, I caused copies of **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS THREE AND FOUR OF PLAINTIFF'S FIRST AMENDED COMPLAINT,** to be served by first-class mail, postage pre-paid addressed to Max C. Perlman, Esq., Sullivan, Weinstein & McQuay, P.C., Two Park Plaza, Suite 610, Boston, MA 02116-3902 (Attorneys for Defendant).

          John D. Parker, II

K:\978\021377\requst for oralargumewnt.wpd