# ORIGINAL

1

1          Volume 1, Pages 1 - 259

2             Exhibits:  1 - 14

3        UNITED STATES DISTRICT COURT

4         DISTRICT OF MASSACHUSETTS

5        Civil Action No. 03-12489EFH

6   -------------------------------------

7   DONALD SCOLLINS, individually and on

8   behalf of BOTTOM LINE ADVERTISING, a

9   sole proprietorship,

10             Plaintiff

11  vs.

12  SENTIENT, f/k/a eBizJets, a Delaware

13  corporation,

14             Defendant

15  -------------------------------------

16      DEPOSITION OF DONALD H. SCOLLINS, JR.

17     Tuesday, July 13, 2004, 10:00 a.m.

18     Sullivan, Weinstein & McQuay, P.C.

19          2 Park Plaza, Suite 610

20          Boston, Massachusetts

21  --------- Janis T. Young, RDR, CRR ---------

22        Farmer Arsenault Brock LLC

23  50 Congress Street, Boston, Massachusetts 02109

24       617.728.4404  Fax 617.728.4403

2

```
1   APPEARANCES:
2       John D. Parker II, Esq.
3       The Parker Law Firm
4           141 East Palm Lane, Suite 111
5           Phoenix, Arizona 85004
6           602-257-8100     Fax 602-257-8110
7           jparker@ptlaw.net
8           for Plaintiff
9
10      C. Max Perlman, Esq.
11      Sullivan, Weinstein & McQuay, P.C.
12          2 Park Plaza, Suite 610
13          Boston, Massachusetts 02116-3932
14          617-348-4326     Fax 617-348-4343
15          max@swmlawyers.com
16          for Defendant
17
18
19
20
21
22
23
24
```

```
                                                           3
09:50:10    1                 Tuesday, July 13, 2004
10:01:33    2           P R O C E E D I N G S    10:00 a.m.
10:01:58    3           DONALD H. SCOLLINS, JR., Sworn
10:01:58    4           EXAMINATION
10:01:59    5    BY MR. PERLMAN:
10:01:59    6        Q.   Can you please state your name for the
10:02:00    7    record.
10:02:01    8        A.   Donald H. Scollins, Jr.
10:02:03    9        Q.   And your address, please?
10:02:04   10        A.   5631 East Presidio Road, Scottsdale,
10:02:10   11    Arizona 85254.
10:02:13   12        Q.   Did you go to high school?
10:02:14   13        A.   Yes.
10:02:15   14        Q.   Where did you go to high school?
10:02:15   15        A.   Marshfield High School, Marshfield,
10:02:17   16    Massachusetts.
10:02:18   17        Q.   When did you graduate?
10:02:19   18        A.   1975.
10:02:20   19        Q.   Did you go to college?
10:02:21   20        A.   Yes.
10:02:23   21        Q.   Which college did you go to?
10:02:25   22        A.   University of Massachusetts Amherst.
10:02:28   23        Q.   What years did you attend U. Mass. Amherst?
10:02:31   24        A.   '76 to '79.
```

FARMER ARSENAULT BROCK LLC

17

| | | |
|---|---|---|
| 10:18:01 | 1 | Q. Jeff knew you? |
| 10:18:03 | 2 | A. Right. |
| 10:18:03 | 3 | Q. So Jeff hired you? |
| 10:18:05 | 4 | A. Right. |
| 10:18:05 | 5 | Q. When did you begin at Executive Jet Charter |
| 10:18:10 | 6 | Worldwide? |
| 10:18:10 | 7 | A. I believe it was March of '99. |
| 10:18:16 | 8 | Q. What was your position in March of '99? |
| 10:18:18 | 9 | A. What was it called? Charter |
| 10:18:24 | 10 | representative. |
| 10:18:26 | 11 | Q. At some point you became director of |
| 10:18:29 | 12 | charter operations? |
| 10:18:30 | 13 | A. Yes. |
| 10:18:30 | 14 | Q. When was that? |
| 10:18:31 | 15 | A. I don't know; probably about three months |
| 10:18:35 | 16 | later. |
| 10:18:37 | 17 | Q. What were your responsibilities as charter |
| 10:18:40 | 18 | representative? |
| 10:18:41 | 19 | A. Just to take the calls from the clients, |
| 10:18:48 | 20 | work out a figure to charge them for their |
| 10:18:52 | 21 | itinerary, and then find an aircraft to do their |
| 10:18:59 | 22 | itinerary that was less expensive than what we |
| 10:19:01 | 23 | charged them. |
| 10:19:02 | 24 | Q. You were matching people with planes? |

FARMER ARSENAULT BROCK LLC

19

| | | |
|---|---|---|
| 10:20:08 | 1 | reported to you? |
| 10:20:09 | 2 | A.   Yes. |
| 10:20:10 | 3 | Q.   As a charter representative, did you have |
| 10:20:15 | 4 | people who reported to you? |
| 10:20:17 | 5 | A.   Not really. |
| 10:20:19 | 6 | Q.   How about as director of charter |
| 10:20:21 | 7 | operations?  Who reported to you? |
| 10:20:22 | 8 | A.   Steve Schofield, Greg Goodwin, Paul |
| 10:20:27 | 9 | Sullivan -- I don't know how long you want to go. |
| 10:20:30 | 10 | I mean, it ended up being 20 people, probably, as |
| 10:20:32 | 11 | time goes on. |
| 10:20:33 | 12 | Q.   Over the time that you were director of |
| 10:20:35 | 13 | charter operations. |
| 10:20:37 | 14 | And were you director of charter |
| 10:20:39 | 15 | operations from approximately June of 1999 until you |
| 10:20:42 | 16 | stopped working for the company? |
| 10:20:44 | 17 | A.   Yes. |
| 10:20:47 | 18 | Q.   Was that a full-time position? |
| 10:20:50 | 19 | A.   Yes. |
| 10:20:53 | 20 | Q.   How many hours did you put in a week, on |
| 10:20:56 | 21 | average, as director of charter operations? |
| 10:20:58 | 22 | A.   Ninety. |
| 10:21:03 | 23 | Q.   What were your regular hours as director of |
| 10:21:06 | 24 | charter operations? |

FARMER ARSENAULT BROCK LLC

20

| | | |
|---|---|---|
| 10:21:07 | 1 | A.  8:00 to -- well, 9:00 to 6:00. |
| 10:21:13 | 2 | Q.  9:00 in the morning to 6:00 at night? |
| 10:21:15 | 3 | A.  Yes. |
| 10:21:16 | 4 | Q.  How does that come out to ninety hours? |
| 10:21:18 | 5 | A.  The way you phrased the question, you said |
| 10:21:22 | 6 | my regular hours; but it was like I always worked -- |
| 10:21:24 | 7 | it was 24-hour sales. |
| 10:21:28 | 8 | Q.  Thank you for clarifying that.  Not your |
| 10:21:31 | 9 | regular hours, but what hours was it typical for you |
| 10:21:35 | 10 | to be working? |
| 10:21:36 | 11 | A.  7:00 in the morning until 10:00 at night. |
| 10:21:39 | 12 | Q.  As director of charter operations? |
| 10:21:41 | 13 | A.  Yes. |
| 10:21:44 | 14 | Q.  Did there come a time that you reported to |
| 10:21:46 | 15 | Mr. Williams, John Williams? |
| 10:21:49 | 16 | A.  Yes, when he became CEO. |
| 10:21:51 | 17 | Q.  And when was that? |
| 10:21:53 | 18 | A.  It was two thousand -- I'm going to guess |
| 10:21:57 | 19 | it was June of 2000. |
| 10:22:05 | 20 | Q.  What was your salary as director of charter |
| 10:22:08 | 21 | operations? |
| 10:22:09 | 22 | A.  At the end? |
| 10:22:13 | 23 | Q.  Let's start with when you were first -- |
| 10:22:15 | 24 | actually, strike that. |

21

| | | |
|---|---|---|
| 10:22:17 | 1 | What was your salary when you were first |
| 10:22:19 | 2 | brought in? |
| 10:22:19 | 3 | A.  $300 a week. |
| 10:22:23 | 4 | Q.  Any commissions? |
| 10:22:24 | 5 | A.  No. |
| 10:22:25 | 6 | Q.  When did you receive your first pay raise? |
| 10:22:27 | 7 | A.  Two months later. |
| 10:22:30 | 8 | Q.  What was your rate of pay after your first |
| 10:22:32 | 9 | pay raise? |
| 10:22:33 | 10 | A.  $400 a week. |
| 10:22:34 | 11 | Q.  How about your next pay raise?  When was |
| 10:22:37 | 12 | that? |
| 10:22:37 | 13 | A.  Two months later, $500 a week. |
| 10:22:40 | 14 | Q.  And when was your next pay raise? |
| 10:22:42 | 15 | A.  About two months later, $600 a week. |
| 10:22:45 | 16 | Q.  Did it keep on going up by $100 a week |
| 10:22:50 | 17 | every -- |
| 10:22:50 | 18 | A.  Well, it ended up being $75,000 a year. |
| 10:22:54 | 19 | Q.  That was your final salary? |
| 10:22:55 | 20 | A.  Right. |
| 10:22:55 | 21 | Q.  Did you receive any other compensation from |
| 10:22:57 | 22 | the company? |
| 10:22:58 | 23 | A.  Yes.  I got $100,000 bonus paid over four |
| 10:23:04 | 24 | payments of $25,000 each in 2000. |

FARMER ARSENAULT BROCK LLC

22

| | | |
|---|---|---|
| 10:23:11 | 1 | Q.   Who gave you that bonus?  Was it Mr. Creed? |
| 10:23:14 | 2 | A.   Yes, Creed and Svensen, Executive Jet |
| 10:23:19 | 3 | Worldwide Charter.  That was when the Credit Suisse |
| 10:23:22 | 4 | people had come in and bought an interest in the |
| 10:23:25 | 5 | company. |
| 10:23:26 | 6 | Q.   Now, Executive Jet Worldwide Charter, you |
| 10:23:30 | 7 | started working for that company? |
| 10:23:31 | 8 | A.   Mm-hmm. |
| 10:23:32 | 9 | Q.   And there came a time when you started |
| 10:23:35 | 10 | working for eBizJets.com; is that right? |
| 10:23:41 | 11 | A.   Right. |
| 10:23:42 | 12 | Q.   When was that? |
| 10:23:43 | 13 | A.   I think it was also like June or May or |
| 10:23:48 | 14 | 2000. |
| 10:23:48 | 15 | Q.   Was that the same company or a different |
| 10:23:50 | 16 | company? |
| 10:23:51 | 17 | A.   It was the same company. |
| 10:23:52 | 18 | Q.   And what had changed?  Just the name? |
| 10:23:54 | 19 | A.   The name changed; that's it. |
| 10:24:00 | 20 | Q.   Now, you worked for Mr. Williams for over a |
| 10:24:02 | 21 | year, correct? |
| 10:24:03 | 22 | A.   Yes. |
| 10:24:04 | 23 | Q.   What did you think of Mr. Williams? |
| 10:24:05 | 24 | A.   I thought he did not do a very good job as |

FARMER ARSENAULT BROCK LLC

24

| | | |
|---|---|---|
| 10:26:00 | 1 | not aware, when I signed this, that Massachusetts |
| 10:26:03 | 2 | was an at-will state or that I was in an at-will |
| 10:26:08 | 3 | job. |
| 10:26:08 | 4 | Q.    What was your impression previous to |
| 10:26:11 | 5 | learning that this was an at-will state and this was |
| 10:26:15 | 6 | an at-will job? |
| 10:26:17 | 7 | A.    That it was a company that would follow |
| 10:26:19 | 8 | proper procedures in handling their people, I guess |
| 10:26:24 | 9 | as part as disciplining them or whatever. |
| 10:26:26 | 10 | Q.    Did you think that the company had an |
| 10:26:28 | 11 | obligation to continue to employ you? |
| 10:26:34 | 12 | A.    Yes.  Yes, I think they did, yes. |
| 10:26:37 | 13 | Q.    What was that belief based on? |
| 10:26:39 | 14 | A.    Based upon performance. |
| 10:26:41 | 15 | Q.    But what was the belief that you were |
| 10:26:44 | 16 | entitled to your job based on? |
| 10:26:45 | 17 | A.    Oh, just that unless I did -- as long as I |
| 10:26:48 | 18 | did not not perform or do anything that was wrong, |
| 10:26:54 | 19 | they would employ me. |
| 10:27:00 | 20 | (Marked, Exhibit 2, Employee |
| 10:27:01 | 21 | Acknowledgment Form.) |
| 10:27:21 | 22 | Q.    Two more things on Exhibit 1. |
| 10:27:24 | 23 | First of all, the date on this document |
| 10:27:27 | 24 | is March 1, 2000? |

FARMER ARSENAULT BROCK LLC

27

| | | |
|---|---|---|
| 10:29:57 | 1 | Q.   When was that agreement made? |
| 10:29:58 | 2 | A.   It was made in 1999, probably in June of |
| 10:30:03 | 3 | '99.  June or July, yes. |
| 10:30:13 | 4 | Q.   And what happened in June or July to make |
| 10:30:16 | 5 | this agreement? |
| 10:30:20 | 6 | A.   The company decided they wanted to expand |
| 10:30:23 | 7 | their advertising. |
| 10:30:24 | 8 | Q.   How did you know that? |
| 10:30:25 | 9 | A.   There was only five of us there at the |
| 10:30:29 | 10 | time, and they decided they wanted to advertise in |
| 10:30:31 | 11 | the Wall Street Journal. |
| 10:30:32 | 12 | Q.   Before that point, before June of '99, they |
| 10:30:35 | 13 | had never advertised in the Wall Street Journal? |
| 10:30:37 | 14 | A.   No. |
| 10:30:37 | 15 | Q.   So what happened next? |
| 10:30:38 | 16 | A.   Well, at that time, since I had a |
| 10:30:46 | 17 | background in advertising, they more or less put it |
| 10:30:48 | 18 | on my shoulders, that I could handle the |
| 10:30:50 | 19 | advertising.  We had one guy who was pretty good |
| 10:30:57 | 20 | with computers, so he designed the ads as I told him |
| 10:31:00 | 21 | I wanted them designed, and then -- |
| 10:31:02 | 22 | Q.   Who was that? |
| 10:31:03 | 23 | A.   That would be Dan Underwood. |
| 10:31:05 | 24 | Q.   Did he have a separate agreement with the |

FARMER ARSENAULT BROCK LLC

28

| | | |
|---|---|---|
| 10:31:07 | 1 | company? |
| 10:31:07 | 2 | A. No, I don't believe so. |
| 10:31:11 | 3 | Q. Did he get any compensation for designing |
| 10:31:13 | 4 | the ads? |
| 10:31:13 | 5 | A. No. |
| 10:31:14 | 6 | Q. Did you ever pay him any compensation for |
| 10:31:17 | 7 | designing the ads? |
| 10:31:17 | 8 | A. No. |
| 10:31:19 | 9 | Q. Did Bottom Line Advertising ever pay him |
| 10:31:23 | 10 | any compensation for designing the ads? |
| 10:31:26 | 11 | A. No. But I mean, I designed the ads. I |
| 10:31:31 | 12 | mean, he just put in the text, he typed it. I |
| 10:31:34 | 13 | designed the ads, really. |
| 10:31:35 | 14 | Q. What did he do? |
| 10:31:37 | 15 | A. More or less put the data inside the ad. |
| 10:31:40 | 16 | Like made it the right size to fit the ad that was |
| 10:31:43 | 17 | in the Journal, that sort of thing. |
| 10:31:45 | 18 | Q. So what happened in June or July -- and you |
| 10:31:48 | 19 | can't remember whether it was June or July? |
| 10:31:50 | 20 | A. I'm going to say it was actually probably |
| 10:31:52 | 21 | July. |
| 10:31:53 | 22 | Q. Strike that -- |
| 10:31:56 | 23 | A. Because the first ad was placed in either |
| 10:31:59 | 24 | August or September. So it was either July or |

FARMER ARSENAULT BROCK LLC

38

| | | |
|---|---|---|
| 10:43:46 | 1 | we've marked as Exhibit 4.  Do you recognize that |
| 10:43:47 | 2 | document, sir? |
| 10:43:48 | 3 | A.  Yes. |
| 10:43:48 | 4 | Q.  What is that? |
| 10:43:49 | 5 | A.  It was answers to some questions that were |
| 10:43:55 | 6 | given to me from you, I believe. |
| 10:43:59 | 7 | Q.  Answers to interrogatories? |
| 10:44:00 | 8 | A.  Yes. |
| 10:44:01 | 9 | Q.  Is that your signature on Page No. 10? |
| 10:44:04 | 10 | A.  Yes, it is. |
| 10:44:12 | 11 | Q.  If you look at the page, the top of Page |
| 10:44:17 | 12 | No. 2, it says, "In order to save eBizJets |
| 10:44:22 | 13 | desperately-needed capital, Mr. Scollins agreed to |
| 10:44:26 | 14 | place eBizJets advertisements in WSJ through Bottom |
| 10:44:32 | 15 | Line Advertising." |
| 10:44:33 | 16 | What do you mean by "desperately-needed |
| 10:44:36 | 17 | capital"? |
| 10:44:37 | 18 | A.  Those words weren't exactly mine. |
| 10:44:40 | 19 | Q.  I'm sorry? |
| 10:44:40 | 20 | A.  I mean, the company wanted to save money, |
| 10:44:43 | 21 | so I mean, they wanted to save as much money as they |
| 10:44:47 | 22 | could.  They didn't have a lot of money to spend; |
| 10:44:49 | 23 | they wanted to keep their expenses down, so... |
| 10:44:51 | 24 | Q.  Is it true that eBizJets desperately needed |

49

| | | |
|---|---|---|
| 10:56:32 | 1 | just came up in conversation.  He didn't ask me; I |
| 10:56:34 | 2 | guess I just assumed that he knew that I was |
| 10:56:38 | 3 | expecting to get what the company had saved from |
| 10:56:41 | 4 | placing the ads within the company. |
| 10:56:46 | 5 | Q.    Why did you assume that? |
| 10:56:48 | 6 | A.    Because the bills went from me to the |
| 10:56:50 | 7 | company to get paid. |
| 10:56:51 | 8 | Q.    Did they go to his office? |
| 10:56:52 | 9 | A.    Yes. |
| 10:56:53 | 10 | Q.    What bills went from you to the company? |
| 10:56:54 | 11 | A.    The bills from the Wall Street Journal. |
| 10:56:56 | 12 | Q.    So the bills came from the Wall Street |
| 10:57:02 | 13 | Journal to Bottom Line Advertising? |
| 10:57:03 | 14 | A.    Yes. |
| 10:57:03 | 15 | Q.    And did Bottom Line Advertising pay the |
| 10:57:06 | 16 | Wall Street Journal? |
| 10:57:07 | 17 | A.    No; I brought them in to the company, and |
| 10:57:09 | 18 | the company paid. |
| 10:57:10 | 19 | Q.    The company paid from its own account? |
| 10:57:12 | 20 | A.    From its own account, the discounted |
| 10:57:14 | 21 | amount, yes. |
| 10:57:15 | 22 | Q.    Is that typical in the advertising field? |
| 10:57:18 | 23 | A.    I'd say it's not typical, but not -- |
| 10:57:24 | 24 | certainly it has been done hundreds and thousands of |

62

| | | |
|---|---|---|
| 11:10:13 | 1 | A.    Same context as the other people. |
| 11:10:15 | 2 | Q.    Just one communication? |
| 11:10:16 | 3 | A.    Maybe it came up more than once, because we |
| 11:10:20 | 4 | talked -- because there was more than one time that |
| 11:10:24 | 5 | things got strenuous, I guess. |
| 11:10:27 | 6 | But, no, I'd say in general it was |
| 11:10:29 | 7 | probably one time it was mentioned.  I never felt |
| 11:10:32 | 8 | the need to mention it again.  I'm not saying I |
| 11:10:34 | 9 | didn't, but I had no need to. |
| 11:10:47 | 10 | Q.    Steve Morton, who's Steve Morton? |
| 11:10:53 | 11 | A.    Steve Morton is the gentleman that they |
| 11:10:55 | 12 | hired to handle the creative and the negotiation, I |
| 11:11:02 | 13 | guess, of some of the advertising, like somebody |
| 11:11:07 | 14 | that specifically did that job 100 percent of the |
| 11:11:09 | 15 | time. |
| 11:11:10 | 16 | Q.    When was he hired? |
| 11:11:11 | 17 | A.    I can't say for sure exactly, but I would |
| 11:11:14 | 18 | say it was probably in September of 2000, maybe. |
| 11:11:18 | 19 | Q.    And did he assume some of the duties that |
| 11:11:20 | 20 | Bottom Line Advertising had been doing? |
| 11:11:23 | 21 | A.    Yes. |
| 11:11:23 | 22 | Q.    What duties were those? |
| 11:11:25 | 23 | A.    He started placing the ads for Bottom Line |
| 11:11:32 | 24 | Advertising.  He took over the advertising position |

FARMER ARSENAULT BROCK LLC

63

| | | |
|---|---|---|
| 11:11:40 | 1 | as a full-time person, whereas I had just been doing |
| 11:11:44 | 2 | it in between my regular duties. |
| 11:11:51 | 3 | Q.    Did he work for Bottom Line Advertising? |
| 11:11:52 | 4 | A.    No; he worked for the company. |
| 11:11:54 | 5 | Q.    So in September 2000, when Mr. Morton was |
| 11:11:59 | 6 | hired, you stopped placing ads for the company? |
| 11:12:02 | 7 | A.    No.  I think I still continued to place |
| 11:12:05 | 8 | them, but over the next couple of months he probably |
| 11:12:09 | 9 | started placing them. |
| 11:12:12 | 10 | Q.    Over the next few months after September |
| 11:12:14 | 11 | 2000? |
| 11:12:14 | 12 | A.    Yes, I believe so. |
| 11:12:15 | 13 | Q.    So by the end of the year 2000, your |
| 11:12:19 | 14 | placement of advertising ended? |
| 11:12:20 | 15 | A.    At the end of the year 2000, yes.  I |
| 11:12:23 | 16 | probably -- I stopped placing the ads, and he took |
| 11:12:29 | 17 | care of it, except I believe I did continue to sign |
| 11:12:39 | 18 | insertion orders to some of the companies. |
| 11:12:42 | 19 | Q.    Why did you do that? |
| 11:12:44 | 20 | A.    I believe it was just because I was |
| 11:12:50 | 21 | registered as the contact.  Every once in a while I |
| 11:12:53 | 22 | still -- there was a point in time where he would |
| 11:12:56 | 23 | give me the material that he had for the ad, and I |
| 11:13:01 | 24 | would then fill out their insertion order and send |

FARMER ARSENAULT BROCK LLC

64

| Time | Line | Text |
|---|---|---|
| 11:13:04 | 1 | it.  Eventually it got to the point where he did all |
| 11:13:07 | 2 | of that, and even entered into a contract with the |
| 11:13:10 | 3 | Wall Street Journal as Bottom Line Advertising. |
| 11:13:18 | 4 | Q.   That was in August 2001? |
| 11:13:20 | 5 | A.   I think so. |
| 11:13:22 | 6 | Q.   Were you aware of that at the time? |
| 11:13:24 | 7 | A.   Yes.  I mean, it was up for renewal.  I |
| 11:13:33 | 8 | didn't know Steve had signed it or whatever.  It |
| 11:13:37 | 9 | didn't really matter to me. |
| 11:13:38 | 10 | Q.   You identified Steve Morton as one of the |
| 11:13:42 | 11 | individuals with whom you had communications |
| 11:13:43 | 12 | regarding the advertising placement agreement. |
| 11:13:45 | 13 | A.   Correct. |
| 11:13:46 | 14 | Q.   How many communications did you have with |
| 11:13:48 | 15 | Mr. Morton? |
| 11:13:49 | 16 | A.   Same type; probably one. |
| 11:13:51 | 17 | Q.   Probably one.  What was the context of |
| 11:13:54 | 18 | that? |
| 11:13:55 | 19 | A.   Same type of conversation I had with all |
| 11:13:57 | 20 | the other people, you know.  At the time, I guess I |
| 11:14:03 | 21 | wanted them to know that I had some compensation |
| 11:14:05 | 22 | coming if things didn't work out there. |
| 11:14:07 | 23 | Q.   Why did you want them to know that? |
| 11:14:10 | 24 | A.   I guess because when you kind of, when |

FARMER ARSENAULT BROCK LLC

72

| | | |
|---|---|---|
| 11:21:06 | 1 | own files? |
| 11:21:07 | 2 | A.   Yes. |
| 11:21:07 | 3 | Q.   What did it keep in its files? |
| 11:21:09 | 4 | A.   It kept all the invoices -- say that again; |
| 11:21:12 | 5 | I'm sorry. |
| 11:21:13 | 6 | Q.   What did Bottom Line Advertising keep in |
| 11:21:16 | 7 | its files? |
| 11:21:16 | 8 | A.   Bottom Line Advertising didn't keep |
| 11:21:18 | 9 | anything in the files.  Bottom Line Advertising |
| 11:21:20 | 10 | didn't do anything else except for the agreement |
| 11:21:23 | 11 | that we had, that I had with eBizJets. |
| 11:21:30 | 12 | Q.   I'm talking about Bottom Line Advertising's |
| 11:21:32 | 13 | files regarding its work for eBizJets or Executive |
| 11:21:38 | 14 | Jet Charter. |
| 11:21:39 | 15 | A.   That would be a folder that the accounting |
| 11:21:41 | 16 | people at eBizJets had, a folder that said -- I |
| 11:21:47 | 17 | don't even know if they had a folder that said |
| 11:21:49 | 18 | "Bottom Line Advertising."  I'm sure they just had |
| 11:21:53 | 19 | "Wall Street Journal" with the Bottom Line |
| 11:21:55 | 20 | Advertising invoices inside of it. |
| 11:21:56 | 21 | Q.   Why didn't Bottom Line Advertising have |
| 11:21:57 | 22 | those files? |
| 11:21:58 | 23 | A.   Because at the time I wasn't billing |
| 11:22:02 | 24 | anybody for the amount.  Nothing had transpired that |

FARMER ARSENAULT BROCK LLC

73

| | | |
|---|---|---|
| 11:22:05 | 1 | set off the agreement. |
| 11:22:06 | 2 | Q.   Isn't it the practice of an advertising |
| 11:22:09 | 3 | agency to keep records of the invoices that it |
| 11:22:13 | 4 | contributes to? |
| 11:22:17 | 5 | A.   There were copies of them.  I knew where |
| 11:22:19 | 6 | they were. |
| 11:22:19 | 7 | Q.   But you didn't have them? |
| 11:22:20 | 8 | A.   No. |
| 11:22:20 | 9 | Q.   And you didn't ask to retain those files |
| 11:22:23 | 10 | when you left the company, right? |
| 11:22:24 | 11 | A.   I asked for my files.  I didn't ask |
| 11:22:30 | 12 | specifically for those, no. |
| 11:22:40 | 13 | Q.   And you said that you told Mr. Williams in |
| 11:22:43 | 14 | November that the company owed you $378,000? |
| 11:22:46 | 15 | A.   Roughly, yes. |
| 11:22:48 | 16 | Q.   How did you compute that? |
| 11:22:51 | 17 | A.   I did it -- I believe I encompassed the |
| 11:23:01 | 18 | Wall Street Journal savings, along with some other |
| 11:23:03 | 19 | advertisements that I knew I had placed and had |
| 11:23:06 | 20 | gotten a discount on. |
| 11:23:07 | 21 | Q.   What other -- |
| 11:23:07 | 22 | A.   Some, just one-shot magazines.  Some Gulf |
| 11:23:14 | 23 | Coast -- Coast magazine, Flying magazine, a few |
| 11:23:21 | 24 | others.  The Wall Street Journal was the main thing. |

FARMER ARSENAULT BROCK LLC

81

| | | |
|---|---|---|
| 11:47:36 | 1 | Q.   I'm sorry; you probably misunderstood me. |
| 11:47:39 | 2 | Not Interrogatory No. 4.  Let's be very clear; we're |
| 11:47:43 | 3 | talking about Exhibit 4, Page 4, Interrogatory No. |
| 11:47:47 | 4 | 6.  "Mr. Scollins, Plaintiff, placed all insertion |
| 11:47:50 | 5 | orders and signed all contracts establishing Bottom |
| 11:47:54 | 6 | Line as the responsible party." |
| 11:47:56 | 7 | A.   That's not accurate. |
| 11:47:57 | 8 | Q.   That's not true? |
| 11:47:57 | 9 | A.   No. |
| 11:47:58 | 10 | Q.   You signed this under the pains and |
| 11:48:00 | 11 | penalties of perjury, right? |
| 11:48:01 | 12 | A.   It was assumptive on my part.  The last |
| 11:48:05 | 13 | agreement was signed for Bottom Line Advertising, |
| 11:48:09 | 14 | but was signed by Steve Morton. |
| 11:48:12 | 15 | Q.   Who's an employee of eBizJets? |
| 11:48:14 | 16 | A.   Correct. |
| 11:48:14 | 17 | Q.   Who was an employee of eBizJets. |
| 11:48:17 | 18 | A.   Right, yes. |
| 11:48:19 | 19 | Q.   Is it true that you placed all insertion |
| 11:48:22 | 20 | orders? |
| 11:48:22 | 21 | A.   No.  For the last eight months, I didn't |
| 11:48:27 | 22 | place many of them. |
| 11:48:28 | 23 | Q.   You didn't place many of them or any of |
| 11:48:31 | 24 | them? |

FARMER ARSENAULT BROCK LLC

93

| | | |
|---|---|---|
| 12:01:16 | 1 | prior companies. |
| 12:01:18 | 2 | You've answered that "Plaintiff placed |
| 12:01:21 | 3 | all insertion orders."  How many insertion orders |
| 12:01:24 | 4 | did you place a week during the year 1999? |
| 12:01:30 | 5 | A.   During '99?  One a week. |
| 12:01:34 | 6 | Q.   How long did it take to place an insertion |
| 12:01:37 | 7 | order? |
| 12:01:38 | 8 | A.   I'm going to say like four or five hours. |
| 12:01:51 | 9 | Just to fill it out; there's more to do than that. |
| 12:01:55 | 10 | Q.   What do you have to do to place an |
| 12:01:57 | 11 | insertion order? |
| 12:01:58 | 12 | A.   You've got to come up with the copy, get it |
| 12:02:00 | 13 | to fit, get -- you know, discuss with the |
| 12:02:09 | 14 | principals, in this case Jeff and Paul, what areas |
| 12:02:12 | 15 | we wanted to put the ad in. |
| 12:02:16 | 16 | And then there was the matter of |
| 12:02:18 | 17 | contacting them, the Wall Street Journal people, |
| 12:02:19 | 18 | getting it to them, one to their office, one to -- |
| 12:02:25 | 19 | communicating with their creative, the people that |
| 12:02:29 | 20 | did the actual drafting of the ads down in Orlando; |
| 12:02:34 | 21 | getting copies from them on the ads and making sure |
| 12:02:37 | 22 | that we had everything we wanted and there was no |
| 12:02:40 | 23 | typos, there was no mistakes, no anything, that it |
| 12:02:44 | 24 | fits the criteria.  Like that. |

FARMER ARSENAULT BROCK LLC

95

| | |
|---|---|
| 12:03:41 | 1 |

they said stop; we decided we don't want to run

that; we want to do something different.  Then I'd

have to redo it again.

    Q.    During the year 2000, how many hours a week

were you dedicating to placing insertion orders?

The same four or five hours?

    A.    When you say "placing insertion orders,"

what do you mean?  I guess I don't know what the

definition of placing an insertion order is.

 Besides, do you mean, just placing it, or all

that's involved in placing it?

    Q.    I'm using your term, sir.

    A.    I'm going to assume it's everything that's

included in placing an insertion order, which means

taking it from the beginning, when it's a blank

piece of paper, until we put it in the Wall Street

Journal.  In that case, I'd say 25 hours a week.

    Q.    To place an insertion order?

    A.    I mean, one a week, yes, it would be 25

hours involved, in everything, coming up with the

ad, doing the ad, checking it, getting it approved;

yes, 25 hours.

    Q.    Did something change between 1999 that made

it a four- or five-hour job in 1999 and a 25-hour

95

```
12:03:41   1   they said stop; we decided we don't want to run
12:03:43   2   that; we want to do something different.  Then I'd
12:03:45   3   have to redo it again.
12:03:47   4       Q.   During the year 2000, how many hours a week
12:03:50   5   were you dedicating to placing insertion orders?
12:03:52   6   The same four or five hours?
12:03:54   7       A.   When you say "placing insertion orders,"
12:03:57   8   what do you mean?  I guess I don't know what the
12:03:59   9   definition of placing an insertion order is.
12:04:04  10    Besides, do you mean, just placing it, or all
12:04:06  11   that's involved in placing it?
12:04:08  12       Q.   I'm using your term, sir.
12:04:10  13       A.   I'm going to assume it's everything that's
12:04:12  14   included in placing an insertion order, which means
12:04:15  15   taking it from the beginning, when it's a blank
12:04:17  16   piece of paper, until we put it in the Wall Street
12:04:20  17   Journal.  In that case, I'd say 25 hours a week.
12:04:22  18       Q.   To place an insertion order?
12:04:25  19       A.   I mean, one a week, yes, it would be 25
12:04:29  20   hours involved, in everything, coming up with the
12:04:31  21   ad, doing the ad, checking it, getting it approved;
12:04:35  22   yes, 25 hours.
12:04:36  23       Q.   Did something change between 1999 that made
12:04:40  24   it a four- or five-hour job in 1999 and a 25-hour
```

109

| | | |
|---|---|---|
| 12:18:08 | 1 | when you testified.  You said there's a computer and |
| 12:18:10 | 2 | some pens and pencils and a desk.  You didn't say |
| 12:18:14 | 3 | anything about a fax machine. |
| 12:18:15 | 4 | A.    There was a fax machine, also. |
| 12:18:17 | 5 | Q.    There was a fax machine in the bedroom? |
| 12:18:19 | 6 | A.    Yes. |
| 12:18:19 | 7 | Q.    And was there a printer? |
| 12:18:21 | 8 | A.    Yes. |
| 12:18:26 | 9 | Q.    Now, the 877-834-1182 number, when was that |
| 12:18:32 | 10 | number established for you, or by you? |
| 12:18:34 | 11 | A.    In probably 1999. |
| 12:18:41 | 12 | Q.    1999, when you started work with the |
| 12:18:44 | 13 | company? |
| 12:18:44 | 14 | A.    Right. |
| 12:18:45 | 15 | Q.    Who paid for the bills to that number for |
| 12:18:50 | 16 | the year 1999? |
| 12:18:51 | 17 | A.    I did. |
| 12:18:52 | 18 | Q.    And how about for the year 2000?  Who paid |
| 12:18:55 | 19 | for the phone bills? |
| 12:18:56 | 20 | A.    Then they did. |
| 12:18:57 | 21 | Q.    They paid for Bottom Line Advertising's |
| 12:18:59 | 22 | phone bills? |
| 12:19:00 | 23 | A.    Right. |
| 12:19:00 | 24 | Q.    How about 2001?  Who paid for the 877 |

FARMER ARSENAULT BROCK LLC

110

| | | |
|---|---|---|
| 12:19:04 | 1 | number? |
| 12:19:04 | 2 | A.   They did for most of the year; then I took |
| 12:19:07 | 3 | it over. |
| 12:19:07 | 4 | Q.   When did you take it over? |
| 12:19:09 | 5 | A.   After -- well, midway through December of |
| 12:19:12 | 6 | that year. |
| 12:19:18 | 7 | Q.   Why did eBizJets pay for the phone line |
| 12:19:23 | 8 | that was dedicated to your company, Bottom Line |
| 12:19:25 | 9 | Advertising? |
| 12:19:25 | 10 | A.   Because they were the ones getting the |
| 12:19:28 | 11 | benefit from the things that I was doing, you know. |
| 12:19:33 | 12 | Q.   That's what I thought. |
| 12:19:36 | 13 | Did you ever write off any of the Bottom |
| 12:19:40 | 14 | Line Advertising expenses on your taxes? |
| 12:19:43 | 15 | A.   As Bottom Line Advertising?  Never. |
| 12:19:44 | 16 | Q.   I mean as anyone else? |
| 12:19:47 | 17 | A.   As A1 Executive Jet. |
| 12:19:49 | 18 | Q.   But A1 Executive Jet has nothing to do with |
| 12:19:51 | 19 | Bottom Line Advertising, does it? |
| 12:19:52 | 20 | A.   No, it doesn't; but I would have to say we |
| 12:19:54 | 21 | used the same office, I guess, if you want to call |
| 12:19:56 | 22 | it that. |
| 12:19:57 | 23 | Q.   You used the same office? |
| 12:19:58 | 24 | A.   Sure.  But there's no money -- Bottom Line |

FARMER ARSENAULT BROCK LLC

113

| | | |
|---|---|---|
| 12:21:54 | 1 | A. No. |
| 12:21:55 | 2 | Q. Did Bottom Line Advertising ever have any |
| 12:21:59 | 3 | employees? |
| 12:21:59 | 4 | A. Just me. |
| 12:22:03 | 5 | Q. You were an employee of the company? |
| 12:22:07 | 6 | A. I would say yes. I certainly did the work. |
| 12:22:11 | 7 | If an employee does work, yes. I can't say -- I |
| 12:22:15 | 8 | didn't have anybody else do anything. I was Bottom |
| 12:22:17 | 9 | Line Advertising, as far as placing the ads. |
| 12:22:20 | 10 | Q. Did you ever have any independent |
| 12:22:22 | 11 | contractors who did services for Bottom Line |
| 12:22:25 | 12 | Advertising? |
| 12:22:26 | 13 | A. If you consider like Kinko's or someplace |
| 12:22:35 | 14 | like that, where sometimes I would have them design |
| 12:22:39 | 15 | things, make them look nicer. |
| 12:22:41 | 16 | Q. Who would pay the bills for Kinko's? |
| 12:22:44 | 17 | A. I would. |
| 12:22:45 | 18 | Q. You would, personally? |
| 12:22:46 | 19 | A. Right. |
| 12:22:46 | 20 | Q. Did Bottom Line Advertising have a bank |
| 12:22:50 | 21 | account? |
| 12:22:51 | 22 | A. Yes. |
| 12:22:52 | 23 | Q. Where was that bank account? |
| 12:22:54 | 24 | A. In Fleet Bank in Marshfield, Massachusetts. |

FARMER ARSENAULT BROCK LLC

115

| | | |
|---|---|---|
| 12:24:05 | 1 | from that account, too? |
| 12:24:07 | 2 | A.    Right. |
| 12:24:07 | 3 | Q.    Were you paying A1 Executive Jet's bills |
| 12:24:10 | 4 | from that, too? |
| 12:24:11 | 5 | A.    No.  They had a separate account for that. |
| 12:24:13 | 6 | Q.    When did you establish this account at |
| 12:24:16 | 7 | Fleet Bank? |
| 12:24:17 | 8 | A.    I established it, I believe, in November of |
| 12:24:21 | 9 | 2001. |
| 12:24:23 | 10 | Q.    After you had been terminated? |
| 12:24:25 | 11 | A.    Yes. |
| 12:24:25 | 12 | Q.    So during the time when you were performing |
| 12:24:28 | 13 | services for eBizJets and Executive Jet as Bottom |
| 12:24:32 | 14 | Line Advertising, Bottom Line Advertising had no |
| 12:24:34 | 15 | bank account? |
| 12:24:35 | 16 | A.    Correct. |
| 12:24:35 | 17 | Q.    And no ability to write checks? |
| 12:24:37 | 18 | A.    Correct. |
| 12:24:37 | 19 | Q.    No ability to deposit checks? |
| 12:24:40 | 20 | A.    Correct. |
| 12:24:47 | 21 | Q.    We may have covered this.  Who was it that |
| 12:24:49 | 22 | wrote checks to the Wall Street Journal for the |
| 12:24:51 | 23 | advertising? |
| 12:24:52 | 24 | A.    Those were written by eBizJets. |

FARMER ARSENAULT BROCK LLC

128

| | | |
|---|---|---|
| 13:27:42 | 1 | A.   I got just a thing to be able to do |
| 13:27:49 | 2 | business from Mesa, Arizona, from the town clerk, |
| 13:27:53 | 3 | under that name; and I also got one out here in |
| 13:27:56 | 4 | Massachusetts from the Marshfield Town, saying it |
| 13:28:03 | 5 | wasn't a retail site, that sort of thing; there |
| 13:28:06 | 6 | would be no foot traffic. |
| 13:28:07 | 7 | MR. PERLMAN:  For the record, I have not |
| 13:28:09 | 8 | received those documents, either, and I'd like to |
| 13:28:11 | 9 | see them. |
| 13:28:12 | 10 | Q.   When was it that you got the certificate |
| 13:28:15 | 11 | from the Marshfield town clerk? |
| 13:28:17 | 12 | A.   At the same time I got -- after I was |
| 13:28:24 | 13 | fired, like November or early December of 2001. |
| 13:28:27 | 14 | Q.   So during the time that you were performing |
| 13:28:36 | 15 | advertising services for eBizJets and Executive Jet, |
| 13:28:42 | 16 | you were not authorized to do business as Bottom |
| 13:28:47 | 17 | Line Advertising in the State of Massachusetts? |
| 13:28:48 | 18 | A.   At that point in time I hadn't had any |
| 13:28:51 | 19 | income coming in, so I didn't see a need to do |
| 13:28:55 | 20 | anything, you know.  Now I knew there was going to |
| 13:28:57 | 21 | be money coming in, so I'd have the company listed. |
| 13:29:01 | 22 | Q.   Did you do that to make the company look a |
| 13:29:06 | 23 | little more official for the purposes of this case? |
| 13:29:08 | 24 | A.   Well, I thought it would look more |

FARMER ARSENAULT BROCK LLC

145

13:47:59  1   about?

13:47:59  2        A.   Again, I don't know what the criteria is.

13:48:01  3   I just know that this company did not meet it.

13:48:04  4        Q.   At any point during your employment?

13:48:05  5        A.   Well, at the beginning they didn't; and at

13:48:07  6   the end they did.  That's all I know.

13:48:09  7        Q.   But you don't know at what point during

13:48:11  8   your employment they became eligible to place their

13:48:14  9   own ads and not have to pay the 15 percent?

13:48:18  10       A.   No, I don't.  Right; I don't know what time

13:48:20  11  that happened.

13:48:22  12       Q.   You didn't make any inquiries to find out?

13:48:24  13       A.   I didn't really think about it.  I knew I

13:48:26  14  was getting compensated at the end.  It didn't

13:48:29  15  matter to me.

13:48:29  16       Q.   You were to get compensated even after the

13:48:32  17  time when they needed you to place the ads to get

13:48:35  18  the 15 percent discount?

13:48:37  19       A.   Yes.  My deal was my deal with Jeff.  I

13:48:42  20  really didn't think about it, to be honest.  I

13:48:44  21  didn't think about like asking every week the Wall

13:48:48  22  Street Journal if the client now qualified.  That

13:48:50  23  did not -- I didn't think of that, no.

13:48:52  24       Q.   But you were an employee of eBizJets at the

FARMER ARSENAULT BROCK LLC

146

| | | |
|---|---|---|
| 13:48:54 | 1 | time, right? |
| 13:48:54 | 2 | A.  Yes. |
| 13:48:54 | 3 | Q.  And you had duties to the company? |
| 13:48:56 | 4 | A.  Yes. |
| 13:48:57 | 5 | Q.  You had duties to be faithful to the |
| 13:49:01 | 6 | company? |
| 13:49:02 | 7 | A.  Certainly. |
| 13:49:02 | 8 | Q.  You never inquired of the Wall Street |
| 13:49:05 | 9 | Journal whether or not the company could start |
| 13:49:06 | 10 | placing its own ads and receive the 15 percent |
| 13:49:09 | 11 | discount itself? |
| 13:49:10 | 12 | A.  No. |
| 13:49:13 | 13 | Q.  And as far as you know, they could have |
| 13:49:17 | 14 | been eligible to do that a month after you started |
| 13:49:20 | 15 | putting ads in? |
| 13:49:22 | 16 | A.  No.  There was mention at the very |
| 13:49:26 | 17 | beginning that a company would have to be well- |
| 13:49:28 | 18 | established, having placed advertising, to be |
| 13:49:30 | 19 | eligible.  They didn't give any particular criteria. |
| 13:49:35 | 20 | I would assume one month was not good enough. |
| 13:49:37 | 21 | Q.  How about two months? |
| 13:49:39 | 22 | A.  Not even close. |
| 13:49:40 | 23 | Q.  Three? |
| 13:49:41 | 24 | A.  No. |

FARMER ARSENAULT BROCK LLC

147

| | | |
|---|---|---|
| 13:49:41 | 1 | Q.    Do you have any idea? |
| 13:49:42 | 2 | A.    The way that they said it to me meant |
| 13:49:44 | 3 | certainly years.  A year, years; I don't know.  It |
| 13:49:47 | 4 | was definitely over a year. |
| 13:49:49 | 5 | Q.    Well, how do you know that at the end of |
| 13:49:50 | 6 | your employment with eBizJets that they were |
| 13:49:54 | 7 | eligible to put in their own ads? |
| 13:49:56 | 8 | A.    Because the Wall Street Journal said that |
| 13:50:00 | 9 | they would make them eligible when they went to put |
| 13:50:04 | 10 | them in themselves, and they said it was based upon |
| 13:50:09 | 11 | the payment history that came through my company. |
| 13:50:15 | 12 |       Steve Morton had placed some advertising |
| 13:50:22 | 13 | in different vehicles, also, through eBizJets. |
| 13:50:40 | 14 | Q.    And you've never dealt with the Wall Street |
| 13:50:45 | 15 | Journal for any other entity other than eBizJets, |
| 13:50:49 | 16 | right? |
| 13:50:49 | 17 | A.    No. |
| 13:50:50 | 18 | Q.    Has Bottom Line Advertising performed any |
| 13:51:00 | 19 | advertising services for any person or entity since |
| 13:51:05 | 20 | November 2001? |
| 13:51:06 | 21 | A.    No. |
| 13:51:25 | 22 | Q.    When was it exactly that Bottom Line |
| 13:51:32 | 23 | Advertising stopped performing services for |
| 13:51:36 | 24 | eBizJets? |

FARMER ARSENAULT BROCK LLC

229

| | | |
|---|---|---|
| 15:40:10 | 1 | Q.   Break it down for me, how you're related. |
| 15:40:13 | 2 | Your father or mother -- |
| 15:40:14 | 3 | A.   My mother and his father are brother and |
| 15:40:17 | 4 | sister, and we grew up like three houses away from |
| 15:40:20 | 5 | each other and graduated together. |
| 15:40:21 | 6 | Q.   How close are you in age? |
| 15:40:23 | 7 | A.   I'm ten months older -- not even ten |
| 15:40:27 | 8 | months.   I'm six months older. |
| 15:40:30 | 9 | Q.   You're six months older than he is? |
| 15:40:32 | 10 | A.   Yes. |
| 15:40:32 | 11 | Q.   You grew up in the same block? |
| 15:40:35 | 12 | A.   Yes. |
| 15:40:35 | 13 | Q.   He's a loyal friend to you? |
| 15:40:42 | 14 | A.   Most of the time, yes. |
| 15:40:43 | 15 | Q.   And you're loyal to him? |
| 15:40:44 | 16 | A.   Yes. |
| 15:40:55 | 17 | Q.   You've known him all your life? |
| 15:40:57 | 18 | A.   Yes. |
| 15:40:58 | 19 | Q.   How often do you talk these days? |
| 15:41:02 | 20 | A.   I actually talked to Jeff on the phone |
| 15:41:09 | 21 | twice in the last week.   Before that, I hadn't |
| 15:41:14 | 22 | talked to him in ten months, probably.   E-mailed |
| 15:41:17 | 23 | once or twice; probably two or three times, maybe. |
| 15:41:20 | 24 | Q.   What did you e-mail him about? |

FARMER ARSENAULT BROCK LLC