IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, Individually and on behalf of)<br>Bottom Line Advertising, a Sole Proprietorship,    )<br>                                                   )<br>                    Plaintiff,                     )<br>                                                   )<br>v.                                                 )<br>                                                   )<br>SENTIENT, fka eBizJets,                            )<br>                                                   )<br>                    Defendant.                     )<br>_____) | Civil Action No. 03-12478-EFH |

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | |
| | ) | ss. |
| County of Maricopa | ) | |

**SUPPLEMENTAL DECLARATION OF FACTS OF DONALD SCOLLINS (1) IN
SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT ON COUNTS THREE AND FOUR OF PLAINTIFF'S FIRST
AMENDED COMPLAINT, SEPARATE STATEMENT OF FACTS, AND
MEMORANDUM OF LAW IN SUPPORT THEREOF, AND (2) IN SUPPORT
OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT**

Plaintiff, Donald Scollins, declares as follows:

I am the Plaintiff in the foregoing matter entitled *Scollins vs. Sentient, fka eBizJets,*

Case No. CV03-12478-EFH.

I submit this Supplemental Declaration of Facts (1) in Support of Plaintiff's Motion

for Partial Summary Judgment, Separate Statement of Facts, and Memorandum of Law

("Plaintiff's Summary Judgment Documents"), and, (2) in support of Plaintiff's Response

to Defendant's Motion for Partial Summary Judgment, to identify and authenticate

documents referenced in Plaintiff's Summary Judgment Documents, and to provide additional facts in support thereof. The additional facts, and exhibits attached hereto, are numbered sequentially to correspond with my original Declaration submitted on September 26, 2005, and are set forth below.

16.    On September 19, 2001,   eBizJets' then Chief Executive Officer, John Williams ("Williams"), informed me he was recommending to the Board of Directors of eBizJets that I, among others, receive 1,000 additional stock options, and the Board of Directors approved such recommendation. (Exhibit 6).

24.    After John Williams gave me a "Mutual Termination Agreement," that included the severance package, I declined to accept the Agreement, but I continued to negotiate with eBizJets as to the financial terms and conditions of my separation from the company. (Exhibit 7).

25.    During the time I was negotiating with eBizJets as to the terms and conditions of my severance, I refrained from exercising my vested stock options because Jeff Creed and Earle C. Cooley, who were on eBizJets' Board of Directors, assured me that the company would in good faith resolve all outstanding issues concerning severance pay, Bottom Line Advertising money, and my vested stock options. (Exhibit 8).

SWORN to under the pains and penalty of perjury this __14__ day of October, 2005.

_____
Donald Scollins

2