

September 19, 2001

Mr. Donald Scollins
PO Box 2
Green Harbor, MA 02041

Dear Don:

Last week, our nation suffered through an incredibly difficult period due to unprecedented terrorist attacks involving commercial aircraft. The resulting disruption to our nation's air transportation system couldn't have been more chaotic. Indeed, we all suffered through a real crisis last week.

Given the nature of our business, this crisis hit home at eBizJets. Our phone volume skyrocketed, even as the FAA placed severe restrictions on flights within the domestic U.S. For eBizJets to weather this storm required a real team effort, with everybody pulling together. And that's exactly what we did. We shifted into 24-hour mode, cross-trained a large number of people, and asked our people – particularly those in the command center – to put in a tremendous number of hours. The response and performance was outstanding. Last week was certainly the proudest moment in our company's history, and I could not be more appreciative of the hard work and selfless dedication to service demonstrated by our employees.

You were a key part of the team last week, and I am writing to you personally to express my appreciation for your efforts. As an expression of that appreciation, I am pleased to inform you that I am recommending to the Board that you be awarded additional 1000 stock options in the company. In addition, the Company has awarded you two floating compensation days.

Thank you for your hard work and dedication last week. As we all know, we're not out of the woods yet, and we cannot know with certainty just where this crisis will lead. One thing is for sure, however, our company – like our nation – is united more now than ever before.

Keep up the good work.

Sincerely,

John I. Williams, Jr.
Chief Executive Officer



EXECUTIVE JET CORPORATE CENTER • 600 CORDWAINER DRIVE, NORWELL, MA 02061
TEL: 1-877-EBIZJETS(877-324-9538)    FAX: 781-331-8127    WWW.EBIZJETS.COM