DONALD SCOLLINS
P.O. BOX 2
GREEN HARBOR, MA 02041

**VIA FACSIMILE AND FIRST CLASS MAIL**

January 24, 2001

Mr. John J. Williams, Jr.
President & CEO
eBizJets.com, Inc.
Executive Jet Corporate Center
600 Cordwainer Drive
Norwell, MA 02061

Dear Mr. Williams:

I have your letter dated January 15, 2001. You terminated me without cause on November 23, 2001. This action was witnessed and the "Mutual Termination Agreement" prepared by John Capetta as of that date proceeded on the basis of a termination without cause. Thereafter, a settlement agreement was negotiated in my behalf, including severance pay until January 15, 2002, but you, Paul Svensen, Ed Johnson and eBizJets.com, Inc., among other things, repudiated almost all of the terms of the settlement agreement, pretended that I had not been terminated without cause on November 23, 2001, lied about what you were doing, defamed me in the industry, discriminated against me, interfered with and injured my advertising business, engaged in unfair and deceptive acts and practices, attempted to steal my hard-earned stock options, interfered with my rights of free speech and association, applied economic coercion, contrived a belated, fraudulent and ineffective termination "for Cause", and threatened to render me unemployed and unemployable, on a world-wide basis for 18 months, in an industry in which I was involved before you ever knew it existed. I was refused a list of charges against me and denied the right to defend myself before the Board of Directors, which rubber-stamped the smear, except for Jeff Creed, who refused to participate in such a defective and thoroughly unfair proceeding. The scheme devised by you, Svensen and Johnson to destroy me is a shabby, cynical and futile attempt to conceal the truth about your mismanagement of the Company. We all know my only sin in your eyes is being Jeff Creed's cousin.

In your letter, you state that my "employment is being terminated for 'Cause,' pursuant to and as defined in Section 4(b) of the Stock Option Agreement...." However, Section 4(b) contains five meanings of "Cause" and you carefully omit any specification of the meaning or meanings and conduct on which the Board of Directors based its "determination" of "Cause." I demand that you do so. The injuries and damages inflicted on me, including purported deprivation of valuable property rights, require no less.

In your letter to me dated September 19, 2001, you praised me as a "key part of the team" and thanked me for my "hard work and dedication" in the week following the carnage and destruction caused by the terrorist attacks of September 11. As an expression of your appreciation for my efforts, you recommended to the Board that I be awarded an additional 1000 stock options and you also awarded me two floating compensation days. You concluded that "our company–like our nation–is united more now than ever before. Keep up the good work." I did keep up the good work, putting in extremely long and productive hours in the service of the Company, as I had from the beginning of my employment when I became the first employee. The events of the ensuing four months, culminating in your letter of January 15, 2002– calculated to be delivered after 5:00 p.m. on that date–are in sharp contrast to the sentiments expressed in your letter of September 19, 2001. One might reasonably conclude that the contrast helps explain why it took so long to invent and manufacture a secret "Cause." My goal now is to right the wrongs that have been done to me before you, Svensen and Johnson complete the destruction of the Company.

Very truly yours,

*Donald M. Scollins*

Donald Scollins