UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD SCOLLINS, individually and on
behalf of BOTTOM LINE ADVERTISING,

  Plaintiff,

 vs.

SENTIENT, f/k/a eBizJets,

  Defendant.

Civil Action No. 03-12478-EFH

## NOTICE OF APPEARANCE

Please enter my appearance for defendant Sentient, f/k/a eBizJets.

   /s/ Andrea C. Kramer
   Andrea C. Kramer, BBO #632584
   Sullivan Weinstein & McQuay, P.C.
   Two Park Plaza, Suite 610
   Boston, MA  02116-3902
   617-348-4300

Dated:  October 20, 2005