IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SENTIENT, fka eBizJets; JOHN I. WILLIAMS, JR.;)<br>and PAUL A. SVENSEN, JR., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 03-12478-EFH |

## PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST FOR EXPEDITED RULING

Plaintiff, Donald Scollins, by and through counsel undersigned, hereby respectfully requests that the Court extend the time for Plaintiff to file his Reply in Support of his Motion for Partial Summary Judgment until October 26, 2005.

The purpose of Plaintiff's request for additional time is for the reason that Plaintiff's counsel is out of state from October 17, 2005 through October 24, 2005.

Plaintiff's counsel will immediately address the Reply upon his return to the office on October 24, 2005 and, therefore, respectfully requests the additional time through October 26, 2005, to file the Reply.

Plaintiff's counsel's office attempted to reach C. Maxwell Perlman, counsel for Defendant, to see if Defendant would stipulate to this request. However, Mr. Perlman is out

of the office from October 17, 2005 through October 20, 2005. Therefore, Plaintiff's counsel's office was unable to confirm if Defendant would be willing to stipulate to Plaintiff's request for additional time.

Plaintiff's counsel respectfully requests that the Court enter an expedited ruling on this matter.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court extend the time for which he may file his Reply in Support of his Motion for Partial Summary Judgment through October 26, 2005.

        Plaintiff Donald Scollins, by his attorneys,

        _____
        John D. Parker, II, *Pro Hac Vice*
        Anthony E. Young, *Pro Hac Vice*
        141 E. Palm Lane, Suite 111
        Phoenix, AZ 85082-3098

-and-

        Edward C. Cooley, BBO #550117
        GIARRUSSO, NORTON, COOLEY, ET. AL.
        308 Victory Road
        Quincy, MA. 02171
        Attorneys for Plaintiff Donald Scollins

Dated: 10/19/05

## CERTIFICATE OF SERVICE

I, Anthony E. Young, hereby certify that on this ___ day of October, 2005, I caused copies of **PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT,** to be served by first-class mail, postage pre-paid addressed to Max C. Perlman, Esq., Sullivan, Weinstein & McQuay, P.C., Two Park Plaza, Suite 610, Boston, MA 02116-3902 (Attorneys for Defendant).

_____
Anthony E. Young

K:\978\021377\plaintiff's request for additional time