UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING,<br><br>Plaintiff,<br><br>vs.<br><br>SENTIENT, f/k/a eBizJets,<br><br>Defendant. | Civil Action No. 03-12478-EFH |

**PROPOSED EXHIBITS AND PROPOSED
DEPOSITION DESIGNATIONS**

Pursuant to the Court's Order of December 15, 2005, the parties hereby submit their proposed exhibits and proposed deposition designations for trial. Per the Court's Order, the parties will file their objections, as well as their joint agreed-to exhibit list, within seven days, on or before April 10, 2006.

**I.      PROPOSED EXHIBITS FOR TRIAL**

Note: Once the parties stipulate as to exhibits, the exhibits will be renumbered beginning with the number 1 for stipulated exhibits; plaintiff's proposed, but objected to, exhibits will then be listed, followed by defendant's proposed, but objected to, exhibits.

   **A.      Plaintiff's Proposed Exhibits**

| | Description | Date | Bates No. / Exhibit No. | Objection |
|---|---|---|---|---|
| 100. | E-mail from Jeff Creed to Edward Johnson | 12/05/2001 | Depo Ex 5 | |
| 101. | Facsimile from John Jardin to Don Scollins | 06/14/2004 | Depo Ex 6 | |

|     | Description | Date | Bates No. / Exhibit No. | Objection |
|-----|-------------|------|--------------------------|-----------|
| 102. | E-mail from Jeff Creed to Edward Johnson | 11/24/2001 | Depo Ex 7 | |
| 103. | Letter from Donald Scollins to John Williams | 01/24/2001 | Depo Ex 12 | |
| 104. | E-mail from Lauren Schweid to John Jardin | 05/24/2000 | Depo Ex 28 | |
| 105. | E-mail from John Jardin to a1exjet@aol.com (Scollins) | 11/26/2001 | Depo Ex 38 | |
| 106. | E-mail from Edward Johnson to Jeff Creed and John Williams | 11/26/2001 | Depo Ex 50 | |
| 107. | E-mail from Edward Johnson to Jeff Creed | 11/26/2001 | Depo Ex 51 | |
| 108. | E-mail from Edward Johnson to Jeff Creed | 11/27/2001 | Depo Ex 52 | |
| 109. | E-mail from Paul Svensen to Edward Johnson | 11/27/2001 | Depo Ex 53 | |
| 110. | E-mail from Jeff Creed to Edward Johnson | 11/27/2001 | Depo Ex 56 | |
| 111. | EBizJets, Inc. history in The Wall Street Journal as placed by Bottom Line Advertising | 9/99–12/01 | | |
| 112. | Mutual Termination Agreement | 11/23/01 | | |
| 113. | Letter from John Williams to Donald Scollins | 9/19/01 | | |
| 114. | Letter from John Capetta to Earle C. Cooley | 1/4/02 | | |
| 115. | Facsimile from The Wall Street Journal to Don Scollins | 9/20/99 | Depo Ex 27 | |
| 116. | Letter from Don Scollins to Jeff and Paul | 11/1/99 | Depo Ex 26 | |
| 117. | E-mail from Carrie Wolfe to Lauren Schweid | 7/26/00 | Depo Ex 29 | |

|  | Description | Date | Bates No. / Exhibit No. | Objection |
|---|---|---|---|---|
| 118. | Wall Street Journal Advertising Order for eBizJets.com | 8/8/00 | Depo Ex 31 | |
| 119. | EBizJets.com, Inc. Stock Option Agreement | 11/8/00 | Depo Ex 13 | |
| 120. | Memorandum from John Williams to Donald Scollins | 11/27/00 | | |
| 121. | Check written by Donald Scollins to Pacific Jet | 12/8/01 | Depo Ex 10 | |
| 122. | Letter from John Williams to Donald Scollins | 1/15/02 | | |
| 123. | Massachusetts Wage Claim Packet | 3/23/05 | | |

B. **Defendant's Proposed Exhibits**

|  | Description | Date | Bates / Exhibit No. | Objection(s) |
|---|---|---|---|---|
| 200. | Confidentiality & Non-Disclosure Agreement |  | Depo Ex 1 |  |
| 201. | Employee Acknowledgement Form |  | Depo Ex 2 |  |
| 202. | E-mail from J. Williams to P. Svensen et al. | 11/07/2001 | Depo Ex 9 |  |
| 203. | eBizJets.com, Inc. Employee Handbook | 09/01/2000 | Depo Ex 23 |  |
| 204. | eBizJets.com Employee Handbook | 09/00/2001 | Depo Ex 24 |  |
| 205. | eBizJets Employee Transaction Notice | 07/11/2001 | Depo Ex 25 |  |
| 206. | Letter from J. Jardin to P. Svensen | 07/28/2000 | Depo Ex 30 | **HEARSAY** |
| 207. | E-mail from J. Jardin to paul@ebizjets.com (P. Svensen) | 03/12/2001 | Depo Ex 33 | **HEARSAY** |
| 208. | E-mail from J. Jardin to dscollins@ebizjets.com (D. Scollins) | 02/23/2001 | Depo Ex 34 |  |
| 209. | E-mail from J. Hinchey to B. Peterson et al. | 05/11/2001 | Depo Ex 36 | **HEARSAY** |
| 210. | E-mail from D. Scollins to B. Peterson | 06/19/2001 | Depo Ex 37 |  |
| 211. | Letter from D. Scollins to Dwight | 03/06/2000 | Depo Ex 39 |  |
| 212. | Fleet Bank Statement | 08/30/02 | Depo Ex 40 |  |
| 213. | 2001 Returns |  | Depo Ex 44 |  |
| 214. | eBizJets Written Warning | 09/05/2001 | Depo Ex 45 |  |

|      | Description | Date | Bates / Exhibit No. | Objection(s) |
|------|-------------|------|---------------------|--------------|
| 215. | Series A Stock Purchase Agreement | | Depo Ex 48 | **RELEVANCE** |
| 216. | eBizJets.com, Inc. Disclosure Schedules | | Depo Ex 49 | **HEARSAY, RELEVANCE** |
| 217. | E-mail from E. Johnson to jcreed@ebizjets.com (J. Creed) | 11/25/2001 | Depo Ex 55 | |
| 218. | Stock Purchase Agreement between Credit Suisse and TH Lee | | | **HEARSAY, RELEVANCE** |
| 219. | | | | |
| 220. | | | | |
| 221. | | | | |
| 222. | | | | |

**II.    PROPOSED DEPOSITION DESIGNATIONS FOR TRIAL**

    A.    <u>**Plaintiff's Proposed Deposition Designations**</u>

Deposition of Donald Scollins

| |
|---|
| Pg. 19,  Ln. 14-17 |
| Pg. 27,  Ln. 9-11 |
| Pg. 30,  Ln. 11-24 |
| Pg. 31,  Ln. 1-5 |
| Pg. 291,  Ln. 16-21 |
| Pg. 317,  Ln. 8-13 |

Deposition of Joseph Creed

| |
|---|
| Pg. 16,  Ln. 10-22 |

| |
|---|
| Pg. 17, Ln. 2-12 |
| Pg. 18, Ln. 21-23 |
| Pg. 19, Ln. 15-20 |
| Pg. 20, Ln. 5-8 |
| Pg. 24, Ln. 6-10 |
| Pg. 33, Ln. 21-24 |
| Pg. 75, Ln. 22-24 |
| Pg. 76, Ln. 1-3 |
| Pg. 79, Ln. 10-16 |
| Pg. 80, Ln. 11-18; 24 |
| Pg. 81, Ln. 1-6 |
| Pg. 87, Ln. 11-24 |
| Pg. 88, Ln. 1-13 |
| Pg. 116, Ln. 7-24 |
| Pg. 117, Ln. 1-2 |
| Pg. 128, Ln. 1-11 |

Deposition of John Williams

| |
|---|
| Pg. 25, Ln. 11-17 |
| Pg. 26, Ln. 12-14 |
| Pg. 45, Ln. 1-4 |

Deposition of Caliendo

| |
|---|
| Pg. 15, Ln. 8-22 |
| Pg. 17, Ln. 23-24 |
| Pg. 20, Ln. 3-7 |
| Pg. 24, Ln. 11; 13-17; 19-24 |
| Pg. 25, Ln. 2; 19-21 |
| Pg. 26, Ln. 2-7; 14 |
| Pg. 28, Ln. 1-18; 22-24 |
| Pg. 29, Ln. 17-21; 24 |
| Pg. 30, Ln. 1-4; 9-12; 14-19 |
| Pg. 31, Ln. 17-18; 20-24 |
| Pg. 32, Ln. 4-7; 17-18; 21-24 |
| Pg. 33, Ln. 5-12; 18-22 |
| Pg. 38, Ln. 23 |
| Pg. 39, Ln. 5-6; 21-24 |
| Pg. 41, Ln. 21-22 |

| |
|---|
| Pg. 42, Ln. 6-7; 9-12 |
| Pg. 44, Ln. 10 |

Deposition of Edward Johnson

| |
|---|
| Pg. 11, Ln. 21-22; 24 |
| Pg. 12, Ln.. 8 |
| Pg. 15, Ln. 4; 10 |
| Pg. 16, Ln.. 3; 7-12; 17-23 |
| Pg. 21, Ln.. 18-23 |
| Pg. 22 Ln.. 1-2 |
| Pg. 23 Ln.. 3-4; 20-21 |

Deposition of Dan Underwood

| |
|---|
| Pg. 1, Ln. 1-24 |
| Pg. 3, Ln. 1-24 |
| Pg. 4, Ln. 1-24 |
| Pg. 5, Ln. 1-24 |
| Pg. 7, Ln. 1-24 |
| Pg. 8, Ln. 1-24 |
| Pg. 9, Ln. 1-24 |
| Pg. 13, Ln. 1-24 |
| Pg. 16, Ln. 1-24 |
| Pg. 17, Ln. 1-24 |
| Pg. 18, Ln. 1-24 |
| Pg. 19, Ln. 1-24 |
| Pg. 20, Ln. 1-24 |
| Pg. 21, Ln. 1-24 |
| Pg. 22, Ln. 1-24 |
| Pg. 23, Ln. 1-24 |
| Pg. 24, Ln. 1-24 |
| Pg. 25, Ln. 1-24 |
| Pg. 26, Ln. 1-24 |
| Pg. 27, Ln. 1-24 |
| Pg. 28, Ln. 1-24 |
| Pg. 29, Ln. 1-24 |
| Pg. 30, Ln. 1-24 |
| Pg. 31, Ln. 1-24 |
| Pg. 32, Ln. 1-24 |
| Pg. 33, Ln. 1-24 |
| Pg. 34, Ln. 1-24 |
| Pg. 39, Ln. 1-24 |
| Pg. 40, Ln. 1-24 |
| Pg. 41, Ln. 1-24 |

| |
|---|
| Pg. 42, Ln. 1-24 |
| Pg. 43, Ln. 1-24 |
| Pg. 44, Ln. 1-24 |
| Pg. 45, Ln. 1-24 |
| Pg. 66, Ln. 1-24 |
| Pg. 68, Ln. 1-24 |
| Pg. 69, Ln. 1-24 |
| Pg. 70, Ln. 1-24 |
| Pg. 71, Ln. 1-24 |
| Pg. 72, Ln. 1-24 |
| Pg. 81, Ln. 1-24 |
| Pg. 82, Ln. 1-24 |
| Pg. 83, Ln. 1-24 |

**B.      Defendant's Proposed Deposition Designations**

Deposition of Joseph Creed

| |
|---|
| Pg. 3, Ln. 5-8 |
| Pg. 3, Ln. 12-24 |
| Pg. 4, Ln. 1-4 |
| Pg. 4, Ln. 12-19 |
| Pg. 5, Ln. 18-24 |
| Pg. 6, Ln. 1-4 |
| Pg. 6, Ln. 11-22 |
| Pg. 10, Ln. 18-24 |
| Pg. 11, Ln. 1-6 |
| Pg. 13, Ln. 8-24 |
| Pg. 14, Ln. 1-20 |
| Pg. 19, Ln. 12-24 |
| Pg. 20, Ln. 1-24 |
| Pg. 21, Ln. 1-2 |
| Pg. 23, Ln. 19-24 |
| Pg. 24, Ln. 1-24 |
| Pg. 25, Ln. 1-22 |
| Pg. 35, Ln. 18-24 |
| Pg. 36, Ln. 1-3 |
| Pg. 40, Ln. 15-19 |
| Pg. 42, Ln. 3-24 |
| Pg. 43, Ln. 1-14 |
| Pg. 71, Ln. 6-24 |
| Pg. 72, Ln. 1-24 |
| Pg. 73, Ln. 1-23 |

| | |
|---|---|
| Pg. 74, Ln. 16-24 | |
| Pg. 75, Ln. 1-13 | |
| Pg. 78, Ln. 18-24 | |
| Pg. 79, Ln. 1-24 | |
| Pg. 80, Ln. 1-24 | |
| Pg. 81, Ln. 1-24 | |
| Pg. 82, Ln. 1-9 | |
| Pg. 82, Ln. 14-23 | |
| Pg. 83, Ln. 5-24 | |
| Pg. 84, Ln. 1-24 | |
| Pg. 85, Ln. 1-24 | |
| Pg. 86, Ln. 1-14 | |
| Pg. 97, Ln. 20-24 | |
| Pg. 98, Ln. 1-8 | |
| Pg. 114, Ln. 19-21 | |
| Pg. 115, Ln. 3-6 | |
| Pg. 115, Ln. 16-24 | |
| Pg. 116, Ln. 1-11 | |
| Pg. 117, Ln. 12-15 | **FOUNDATION** |
| Pg. 124, Ln. 19-24 | **FOUNDATION** |
| Pg. 125, Ln. 1-4 | **FOUNDATION** |
| Pg. 125, Ln. 14-24 | **FOUNDATION** |
| Pg. 126, Ln. 1-11 | **FOUNDATION** |
| Pg. 127, Ln. 10-24 | |
| Pg. 129, Ln. 7-8 | |
| Pg. 129, Ln. 16-24 | |
| Pg. 132, Ln. 14-24 | |
| Pg. 133, Ln. 1-24 | **FOUNDATION** **HEARSAY** |
| Pg. 134, Ln. 1-5 | |
| Pg. 134, Ln. 18-21 | |
| Pg. 136, Ln. 8-24 | |
| Pg. 137, Ln. 1 | |
| Pg. 154, Ln. 12-18 | |
| Pg. 155, Ln. 2-6 | |
| Pg. 155, Ln. 9-24 | **HEARSAY** |
| Pg. 156, Ln. 1-6 | **HEARSAY** |
| Pg. 156, Ln. 23-24 | **HEARSAY** |
| Pg. 157, Ln. 1-14 | **HEARSAY** |
| Pg. 159, Ln. 15-24 | |
| Pg. 160, Ln. 1-5 | |
| Pg. 160, Ln. 8-10 | |
| Pg. 161, Ln. 5-13 | |
| Pg. 162, Ln. 5-14 | **FOUNDATION** **HEARSAY** |

| |
|---|
| Pg. 164, Ln. 11-17 |
| Pg. 173, Ln. 16-24 |
| Pg. 174, Ln. 1-17 |
| Pg. 192, Ln. 8-24 |
| Pg. 193, Ln. 1-24 |
| Pg. 196, Ln. 7-24 |
| Pg. 197, Ln. 1-24 |
| Pg. 198, Ln. 1-24 |
| Pg. 199, Ln. 1-15 |
| Pg. 199, Ln. 21-24 |
| Pg. 200, Ln. 1 |
| Pg. 200, Ln. 6-24 |
| Pg. 201, Ln. 1-16 |
| Pg. 201, Ln. 21-24 |
| Pg. 202, Ln. 1-7 |

Deposition of Dan Underwood

| |
|---|
| Pg. 3, Ln. 5-8 |
| Pg. 4, Ln. 24 |
| Pg. 5, Ln. 1-16 |
| Pg. 7, Ln. 1-4 |
| Pg. 8, Ln. 15-17 |
| Pg. 8, Ln. 22-24 |
| Pg. 9, Ln. 1-24 |
| Pg. 10, Ln. 1-13 |
| Pg. 10, Ln. 15 |
| Pg. 13, Ln. 7-13 |
| Pg. 13, Ln. 15-24 |
| Pg. 14, Ln. 1-8 |
| Pg. 15, Ln. 2 |
| Pg. 15, Ln. 4 |
| Pg. 15, Ln. 17-24 |
| Pg. 16, Ln. 1-24 |
| Pg. 17, Ln. 1-21 |
| Pg. 17, Ln. 23-24 |
| Pg. 18, Ln. 1-12 |
| Pg. 18, Ln. 17-19 |
| Pg. 18, Ln. 21-24 |
| Pg. 19, Ln. 1-8 |
| Pg. 19, Ln. 18-20 |
| Pg. 20, Ln. 1-5 |
| Pg. 20, Ln. 7-12 |
| Pg. 35, Ln. 1-13 |
| Pg. 39, Ln. 11-14 |

| |
|---|
| Pg. 39, Ln. 18-24 |
| Pg. 40, Ln. 1-24 |
| Pg. 41, Ln. 1-3 |
| Pg. 51, Ln. 9-24 |
| Pg. 52, Ln. 1-24 |
| Pg. 53, Ln. 1-6 |
| Pg. 53, Ln. 19-24 |
| Pg. 54, Ln. 1-24 |
| Pg. 55, Ln. 1-24 |
| Pg. 56, Ln. 1-14 |
| Pg. 56, Ln. 19-24 |
| Pg. 57, Ln. 1-24 |
| Pg. 58, Ln. 1-2 |
| Pg. 61, Ln. 17-24 |
| Pg. 62, Ln. 1-18 |
| Pg. 63, Ln. 8-24 |
| Pg. 64, Ln. 1-5 |
| Pg. 64, Ln. 13-24 |
| Pg. 65, Ln. 1-3 |
| Pg. 67, Ln. 9-17 |
| Pg. 73, Ln. 18-24 |
| Pg. 74, Ln. 1-2 |
| Pg. 75, Ln. 22-24 |
| Pg. 76, Ln. 1-16 |
| Pg. 77, Ln. 2-24 |
| Pg. 78, Ln. 1 |
| Pg. 79, Ln. 23-24 |
| Pg. 80, Ln. 1-20 |
| Pg. 81, Ln. 12-24 |
| Pg. 82, Ln. 1-13 |
| Pg. 87, Ln. 9-19 |
| Pg. 88, Ln. 4-12 |

Deposition of Tim Prero

| |
|---|
| Pg. 5, Ln. 10-12, |
| Pg. 5, Ln. 17-20 |
| Pg. 5, Ln. 24-25 |
| Pg. 6, Ln. 1-18 |
| Pg. 7, Ln. 9-17 |
| Pg. 10, Ln. 19-25 |
| Pg. 11, Ln. 1-5 |
| Pg. 11, Ln. 15-22 |
| Pg. 13, Ln. 1-21 |

| |
|---|
| Pg. 15, Ln. 7-14 |
| Pg. 17, Ln. 3-8 |
| Pg. 17, Ln. 18-25 |
| Pg. 18, Ln. 1-25 |
| Pg. 19, Ln. 1-25 |
| Pg. 20, Ln. 1-2 |
| Pg. 20, Ln. 24-25 |
| Pg. 21, Ln. 1-25 |
| Pg. 22, Ln. 1-11 |
| Pg. 24, Ln. 12-25 |
| Pg. 25, Ln. 1-6 |

Deposition of Becky Dirk

| |
|---|
| Pg. 5, Ln. 13-15 |
| Pg. 5, Ln. 22-25 |
| Pg. 6, Ln. 1-25 |
| Pg. 7, Ln. 1-25 |
| Pg. 8, Ln. 1-25 |
| Pg. 9, Ln. 1-25 |
| Pg. 10, Ln. 6-9 |

| Plaintiff Donald Scollins | Sentient, f/k/a eBizJets |
|---|---|
| /s/ John D. Parker<br>John D. Parker, II, *Pro Hac Vice*<br>PARKER LAW FIRM, P.L.C.<br>141 E. Palm Lane, Suite 111<br>Phoenix, AZ  85082-3098<br><br>Edward C. Cooley, BBO #550117<br>GIARRUSSO, NORTON, COOLEY, ET. AL.<br>308 Victory Road<br>Quincy, MA. 02171 | /s/ C. Max Perlman<br>C. Max Perlman, BBO # 630395<br>Andrea C. Kramer, BBO # 632584<br>SULLIVAN WEINSTEIN & MCQUAY<br>Two Park Plaza<br>Boston, MA 02116<br>(617) 348-4300 |

April 3, 2006