UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING, Plaintiff, vs. SENTIENT, f/k/a eBizJets, Defendant. | Civil Action No. 03-12478-EFH |
|---|---|

### SENTIENT'S OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS AND PROPOSED DEPOSITION DESIGNATIONS

Pursuant to the Court's Order of December 15, 2005, Defendant Sentient, f/k/a eBizJets, ("Sentient") hereby submits its objections to Plaintiff's proposed exhibits and proposed deposition designations for trial.

### I. OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS FOR TRIAL

|  | Description | Date | Bates No. / Exhibit No. | Objection |
|---|---|---|---|---|
| 100 | E-mail from Jeff Creed to Edward Johnson | 12/05/2001 | Depo Ex 5 | Hearsay<br>Irrelevant<br>Lack of foundation |
| 101 | Facsimile from John Jardin to Don Scollins | 06/14/2004 | Depo Ex 6 | This is a collection of documents, not one document<br>Pgs. 2-4, 6 are acceptable<br>Pg. 1: irrelevant<br>Pg. 5: lack of foundation, no authentication<br>Pg. 7: lack of foundation, no authentication<br>Pgs. 8-9: irrelevant, lack of foundation, no authentication |

1

|     | Description | Date | Bates No. / Exhibit No. | Objection |
| --- | --- | --- | --- | --- |
| 102 | E-mail from Jeff Creed to Edward Johnson | 11/24/2001 | Depo Ex 7 | Hearsay<br>Irrelevant<br>No authentication |
| 103 | Letter from Donald Scollins to John Williams | 01/24/2001 | Depo Ex 12 | Hearsay<br>Irrelevant<br>Privileged settlement discussions<br>Unduly prejudicial |
| 104 | E-mail from Lauren Schweid to John Jardin | 05/24/2000 | Depo Ex 28 | Irrelevant<br>Hearsay<br>Incomplete (redacted) document |
| 105 | E-mail from John Jardin to a1exjet@aol.com (Scollins) | 11/26/2001 | Depo Ex 38 | Hearsay<br>Unduly prejudicial<br>Incomplete document |
| 106 | E-mail from Edward Johnson to Jeff Creed and John Williams | 11/26/2001 | Depo Ex 50 | Privileged settlement discussions<br>Hearsay<br>Irrelevant<br>Unduly prejudicial |
| 107 | E-mail from Edward Johnson to Jeff Creed | 11/26/2001 | Depo Ex 51 | Privileged settlement discussions<br>Hearsay<br>Irrelevant<br>Unduly prejudicial |
| 108 | E-mail from Edward Johnson to Jeff Creed | 11/27/2001 | Depo Ex 52 | Privileged settlement discussions<br>Hearsay<br>Irrelevant |
| 109 | E-mail from Paul Svensen to Edward Johnson | 11/27/2001 | Depo Ex 53 | Hearsay<br>Irrelevant<br>Unduly prejudicial |
| 110 | E-mail from Jeff Creed to Edward Johnson | 11/27/2001 | Depo Ex 56 | Irrelevant<br>Unduly prejudicial<br>Hearsay |
| 111 | EBizJets, Inc. history in The Wall Street Journal as placed by Bottom Line Advertising | 9/99–12/01 |  | Lack of foundation<br>No authentication<br>Hearsay |

|     | Description | Date | Bates No. / Exhibit No. | Objection |
| --- | --- | --- | --- | --- |
| 112 | Mutual Termination Agreement | 11/23/01 | | Privileged settlement discussions<br>Irrelevant<br>Unduly prejudicial |
| 113 | Letter from John Williams to Donald Scollins | 9/19/01 | | Irrelevant |
| 114 | Letter from John Capetta to Earle C. Cooley | 1/4/02 | | Privileged settlement discussions<br>Irrelevant |
| 123 | Massachusetts Wage Claim Packet | 3/23/05 | | Irrelevant<br>Hearsay<br>Unduly prejudicial<br>Privileged settlement discussions |

## II.   OBJECTIONS TO PLAINTIFF'S PROPOSED DEPOSITION DESIGNATIONS

The following are Sentient's objections to Plaintiff's individual deposition designations, on a page-by-page basis.  Sentient also objects more broadly to whole categories of these depositions, as set forth in Sentient's Motion to Exclude Deposition Portions Designated by Plaintiff, filed concurrently with this pleading.  Many of the following designations should be excluded for the reasons set forth in that Motion and the following objections and counter-designations are presented only in case the Court permits those portions to be read into the record despite Sentient's categorical objections.

### A.   Deposition of Donald Scollins

| Designation | Objection/Counter-designation |
| --- | --- |
| Pg. 19, Ln. 14-17 | Counter-designation: Pg. 19, Ln. 18-22, Pg. 20, Ln. 8-13 |
| Pg. 27, Ln. 9-11 | Objection: Lack of foundation<br>Counter-designation: Pg. 26, Ln. 18-24; Pg. 27, Ln. 1-8, 12-24: Pg. 28, Ln. 1-8 |
| Pg. 30, Ln. 11-24 | Objections: Incomplete answer, contradicts other sworn statements by Mr. Scollins |

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 31, Ln. 1-5 | (Same as above) |
| Pg. 291, Ln. 16-21 | Objection: Lack of foundation |
| Pg. 317, Ln. 8-13 | Objection: Lack of foundation |

**B.**     **Deposition of Joseph (Jeff) Creed**

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 17, Ln. 2-12 | Objection: lack of foundation<br>Counter-designation: Pg. 17, Ln. 13-17 |
| Pg. 19, Ln. 15-20 | Counter-designation: Pg. 19, Ln. 12-14 |
| Pg. 24, Ln. 6-10 | Counter-designation: Pg. 24, Ln. 11-24; Pg. 25, Ln. 1-22 |
| Pg. 79, Ln. 10-16 | Objection: The first sentence was stricken and should not be read.<br>Counter-designations: Pg. 78, Ln. 18-24; Pg. 79, Ln. 1- 9; Pg. 80, Ln. 2-10 |
| Pg. 80, Ln. 11-18 | Counter-designation: Pg. 80, Ln. 2-10 |
| Pg. 80, Ln. 24<br>Pg. 81, Ln. 1-6 | Counter-designation: Pg. 80, Ln. 19-23 |
| Pg. 128, Ln. 1-11 | Counter-designation: Pg. 127, Ln. 13-24 |

**C.**     **Deposition of John Williams**

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 25, Ln. 11-17 | Counter-designation: Pg. 25, Ln. 18-22 |
| Pg. 26, Ln. 12-14 | Counter-designation: Pg. 26, Ln. 15-18 |

**D.**     **Deposition of Carol Caliendo**

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 14, Ln. 7-13, 21-24 | Objection: 21-24: answer not complete (stops midsentence) |
| Pg. 15, Ln. 8-22 | Objection: answer not complete (stops midsentence) |
| Pg. 17, Ln. 23-24 | Objection: designation is incomprehensible – one sentence starts midsentence and the other simply says the witness can't remember more; objection to whole answer: speculation |
| Pg. 20, Ln. 3-7 | Objections: Hearsay, speculation, designation is incomprehensible (the answer is not a complete sentence). |
| Pg. 24, Ln. 11, 13-17, 19-24, Pg. 25, Ln. 2 | Objections: Hearsay, double hearsay, lack of foundation, speculation |
| Pg. 25, Ln. 19-21 | Counter-designation: Pg. 25, Ln. 12-18 |
| Pg. 26, Ln. 2-7, 14 | Objections: Hearsay, speculation |

4

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 28, Ln. 1-18, 22-24 | Objections: Hearsay, 22-24: answer not complete (stops midsentence) |
| Pg. 30, Ln. 9-12, 14-19 | Objections: lack of foundation, hearsay, speculation |
| Pg. 31, Ln. 17-18, 20-24 | Objection: privileged settlement discussions<br>Counter-designation: Pg. 34, Ln. 2-6 |
| Pg. 32, Ln. 4-7, 17-18, 21-24 | Objections: hearsay, lack of foundation |
| Pg. 38, Ln. 23 | Counter-designation: Pg. 38, Ln. 14-24; Pg. 39, Ln. 7-10 |
| Pg. 39, Ln. 5-6, 21-24 | Objections: lack of foundation, hearsay, speculation |
| Pg. 42, Ln. 6-7, 9-12 | Objections: hearsay, speculation, lack of foundation |
| Pg. 44, Ln. 10 | Counter-designation: Pg. 42, Ln. 21-24; Pg. 43, Ln. 1-24; Pg. 44, Ln. 1-9 |

**E.    Deposition of Edward Johnson**

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 11, Ln. 21-22, 24 | Objection: Designation ends mid-sentence<br>Counter-designation: Pg. 11, Ln. 8-20, 23; Pg. 12, Ln. 4-6, 7 |
| Pg. 12, Ln. 8 | Objection: designation makes no sense<br>Counter-designation: Pg. 12, Ln. 4-6, 7 |
| Pg. 16, Ln. 3, 7-12, 17-23 | Objection: Hearsay<br>Counter-designation: Pg. 16, Ln. 24; Pg. 17, Ln. 1-7, 16-17, 20-24 |
| Pg. 21, Ln. 18-23 | Objection: Hearsay |
| Pg. 22 Ln. 1-2 | Objection: Hearsay<br>Counter-designation: Pg. 22, Ln. 3-17 |
| Pg. 23 Ln. 3-4, 20-21 | Counter-designation: Pg. 22, Ln. 3-17, 18-24; Pg. 23, Ln. 1-2, 5-7, 16-18 |

**F.    Deposition of Dan Underwood**

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 1, Ln. 1-24 | Objection: designation makes no sense; this is the cover page to the deposition |
| Pg. 3, Ln. 1-24 | Objections: Ln. 1-4 – not testimony |
| Pg. 5, Ln. 1-24 | Objections: Ln. 17-24 – designation ends midsentence |
| Pg. 7, Ln. 1-24 | Objection: Ln. 5-24 - irrelevant |
| Pg. 8, Ln. 1-24 | Objections:<br>Ln. 1-14 – irrelevant<br>Ln. 18-21 – not testimony; it's an objection |

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 13, Ln. 1-24 | Objection: designation incomprehensible because it starts midsentence and ends midsentence |
| Pg. 19, Ln. 1-24 | Objection: designation incomprehensible because it starts midsentence. Defendant requests that statements by attorneys not be included in the portions read into the record. |
| Pg. 20, Ln. 1-24 | Objections: Ln. 17-24 – lack of foundation, hearsay |
| Pg. 21, Ln. 1-24 | Objection: Ln. 1-19 - hearsay |
| Pg. 23, Ln. 1-24 | Objection: Ln. 21-24 – lack of foundation, hearsay |
| Pg. 24, Ln. 1-24 | Objection: Ln. 22-24 (and Pg. 25, Ln. 1) – lack of foundation, hearsay |
| Pg. 25, Ln. 1-24 | Objections:<br>Ln. 3-4 – hearsay<br>Ln. 5-8 – leading question, assumes facts<br>Ln. 9-14 – irrelevant, form (confusing)<br>Ln. 14-24 - irrelevant |
| Pg. 26, Ln. 1-24 | Objections:<br>Ln. 1-24 - irrelevant,<br>Ln. 11-15 - form (confusing – asks a hypothetical question) |
| Pg. 27, Ln. 1-24 | Objections:<br>Ln. 1-24 - irrelevant, speculation, lack of foundation |
| Pg. 28, Ln. 1-24 | Objections:<br>Ln. 1-24 – irrelevant<br>Ln. 7-11 – form (confusing – asks a hypothetical question)<br>Ln. 21-23 - hearsay |
| Pg. 29, Ln. 1-24 | Objections<br>Ln. 1-14 - irrelevant<br>Ln. 13-24 – hearsay, irrelevant (and Pg. 30, Ln. 1-11) |
| Pg. 30, Ln. 1-24 | See above<br>Objection – Ln. 21-24 – irrelevant |
| Pg. 31, Ln. 1-24 | Objections:<br>Ln. 1-14 – hearsay, irrelevant<br>Ln. 21-24 – irrelevant, lack of foundation (and Pg. 32, Ln. 1-4) |
| Pg. 32, Ln. 1-24 | Objection: Ln. 1-24 - irrelevant |
| Pg. 33, Ln. 1-24 | Objections:<br>Ln. 1-24 – irrelevant<br>Ln. 3-15, 20-23 – hearsay<br>Ln. 24 (with continuation on next page) – lack of foundation, speculation |
| Pg. 34, Ln. 1-24 | Objections:<br>Ln. 1-24 – irrelevant<br>Ln. 4-5 - hearsay |
| Pg. 39, Ln. 1-24 | Defendant requests that statements by attorneys not be included in the portions read into the record. |

| Designation | Objection/Counter-designation |
|---|---|
| Pg. 41, Ln. 1-24 | Objections:<br>Ln. 4-23 – hearsay<br>Ln. 19-24 – speculation, lack of foundation |
| Pg. 42, Ln. 1-24 | Objection: lack of foundation |
| Pg. 43, Ln. 1-24 | Objection: 1-7 – lack of foundation |
| Pg. 44, Ln. 1-24 | Objection: 3-15 – lack of foundation |
| Pg. 45, Ln. 1-24 | Objection: designation ends mid-question |
| Pg. 66, Ln. 1-24 | Objections:<br>Ln. 1-3 – incomprehensible; hearsay<br>Ln. 16-24: lack of foundation, speculation<br>Counter-designation: Pg. 67, Ln. 1 |
| Pg. 68, Ln. 1-24 | Objection – Ln. 1 - testimony starts midsentence<br>Defendant requests that statements by attorneys not be included in the portions read into the record. |
| Pg. 69, Ln. 1-24 | Objection: Irrelevant |
| Pg. 70, Ln. 1-24 | Objection: Irrelevant |
| Pg. 71, Ln. 1-24 | Objection: Irrelevant |
| Pg. 72, Ln. 1-24 | Objection: Irrelevant, designated testimony ends midsentence |
| Pg. 82, Ln. 1-24 | Objections: Ln. 14-24 – hearsay, no personal knowledge |
| Pg. 83, Ln. 1-24 | Defendant requests that statements by attorneys not be included in the portions read into the record.<br>Objection – Ln. 24 – designation ends midsentence |

Sentient, f/k/a eBizJets

/s/ C. Max Perlman
C. Max Perlman, BBO # 630395
Andrea C. Kramer, BBO # 632584
SULLIVAN WEINSTEIN & MCQUAY
Two Park Plaza
Boston, MA 02116
 (617) 348-4300

April 10, 2006

7