UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD SCOLLINS, individually and on
behalf of BOTTOM LINE ADVERTISING,

      Plaintiff,

  vs.

SENTIENT, f/k/a eBizJets,

      Defendant.

Civil Action No. 03-12478-EFH

### DEFENDANT'S NOTICE OF INTENTION TO RAISE ISSUES ON MOTION FOR JUDGMENT AS A MATTER OF LAW AND REQUEST FOR A PRE-TRIAL DETERMINATION OF THESE ISSUES

In September 2005, the defendant, Sentient Jet, Inc., moved for partial summary judgment, arguing that the claims by the plaintiff, Donald Scollins, under the Wage Act (Count IV) and his contractual claims (Counts I and II) fail as a matter of law. Defendant argued that as a matter of law, failure to pay stock options is not a violation of the Wage Act and that Scollins is time barred from raising any claim under the Wage Act. Also, defendant argued that Scollins' breach of contract claims fail as a matter of law because (a) there is indisputable evidence that there was no agreement providing for Sentient to apply progressive discipline; (b) the alleged "Advertising Placement Agreement" is too vague and indefinite to constitute a contract as a matter of law; and (c) the alleged "Advertising Placement Agreement" is barred by the Statute of Frauds.

The Court denied defendant's motion for partial summary judgment, but stated its intention to revisit the issues raised in the defendant's summary judgment motion at the time of trial. Specifically, this Court's December 15, 2006 Order states, "COURT SHALL RECONSIDER ISSUES ON MOTION FOR JUDGMENT AS A MATTER OF LAW. SO

ORDERED."  (A copy of the Court's Electronic Order is attached hereto as Exhibit A.)

(Capitals in original.)

The defendant had intended to renew the issues in its summary judgment motion at the end of the plaintiff's case.  However, the parties have recently stipulated to a waiver of a jury trial, and that this case will proceed as a bench trial, which is scheduled to commence on Tuesday, April 18, 2006.  Given the fact that the Court will decide this matter in its entirety, defendant respectfully submits that the Court should revisit the issues raised by the summary judgment motion prior to trial, as such reconsideration may significantly streamline the issues for trial.

WHEREFORE, the defendant, Sentient Jet, Inc., respectfully requests that this Court grant it Judgment as a Matter of Law on the issues raised in its earlier Motion for Partial Summary Judgment (Docs 59, 60, 61, 62) prior to trial.

Sentient, f/k/a eBizJets

/s/ C. Max Perlman
C. Max Perlman, BBO # 630395
Andrea C. Kramer, BBO # 632584
SULLIVAN WEINSTEIN & MCQUAY
Two Park Plaza
Boston, MA 02116
(617) 348-4300
Email: max@swmlawyers.com

April 11, 2006