## Perlman, C. Max

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, December 19, 2005 12:00 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:03-cv-12478-EFH Scollins v. Sentient et al "Order on Motion for Partial Summary Judgment"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Holahan, Sandra entered on 12/19/2005 at 11:59 AM EST and filed on 12/15/2005
**Case Name:**      Scollins v. Sentient et al
**Case Number:**   1:03-cv-12478
**Filer:**
**Document Number:**

**Docket Text:**
Judge Edward F. Harrington : Electronic ORDER entered denying [59] Motion for Partial Summary Judgment. MOTION DENIED. COURT SHALL RECONSIDER ISSUES ON MOTION FOR JUDGMENT AS A MATTER OF LAW. SO ORDERED. cc/cl (Holahan, Sandra)

The following document(s) are associated with this transaction:

**1:03-cv-12478 Notice will be electronically mailed to:**

Edward C. Cooley    ecooley@gncm.net

Andrea C. Kramer    akramer@swmlawyers.com

Paul J. Murphy    murphy@mmwlaw.com

John D. Parker , II    jparker@ptlaw.com

Cyrus M. Perlman    max@swmlawyers.com

Kevin P. Sweeney    sweeney@mmwlaw.com

**1:03-cv-12478 Notice will not be electronically mailed to:**

A. Lauren Carpenter

4/11/2006

Sullivan Weinstein & McQuay PC
2 Park Plaza
Boston, MA 02116

Paul Lincoln Stoller
Meyer Hendricks & Bivens PA
3003 North Central Avenue
Suite 1200
Phoenix, AZ 85012

Jerald C. Thompson
Parker & Thompson PLLC
141 East Palm Lane
Suite 111
Phoenix, AZ 85004

Anthony E. Young
Parker & Thompson, P.L.L.C.
141 East Palm Lane
Suite 111
Phoenix, AZ 85004

4/11/2006