UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING, Plaintiff, vs. SENTIENT, f/k/a eBizJets, Defendant. | Civil Action No. 03-12478-EFH |
|---|---|

### PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS AND PROPOSED DEPOSITION DESIGNATIONS AND OBJECTIONS

Pursuant to the Court's Order of December 15, 2005, Plaintiff Scollins hereby submits its objections to Defendant's proposed exhibits and proposed deposition designations for trial.

### I.  OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS FOR TRIAL

| | | | | |
|---|---|---|---|---|
| 206. | Letter from J. Jardin to P. Svensen | 07/28/2000 | Depo Ex 30 | **HEARSAY** |
| 207. | E-mail from J. Jardin to paul@ebizjets.com (P. Svensen) | 03/12/2001 | Depo Ex 33 | **HEARSAY** |
| 209. | E-mail from J. Hinchey to B. Peterson et al. | 05/11/2001 | Depo Ex 36 | **HEARSAY** |
| 215. | Series A Stock Purchase Agreement | | Depo Ex 48 | **RELEVANCE** |
| 216. | eBizJets.com, Inc. Disclosure Schedules | | Depo Ex 49 | **HEARSAY, RELEVANCE** |
| 218. | Stock Purchase Agreement between Credit Suisse and TH Lee | | | **HEARSAY, RELEVANCE** |

## II.    OBJECTIONS TO DEFENDANT'S PROPOSED DEPOSITION DESIGNATIONS

## FOR TRIAL

Deposition of Joseph Creed

| Pg. 117, Ln. 12-15 | FOUNDATION |
|---|---|
| Pg. 124, Ln. 19-24 | FOUNDATION |
| Pg. 125, Ln. 1-4 | FOUNDATION |
| Pg. 125, Ln. 14-24 | FOUNDATION |
| Pg. 126, Ln. 1-11 | FOUNDATION |
| Pg. 133, Ln. 1-24 | FOUNDATION HEARSAY |
| Pg. 155, Ln. 9-24 | HEARSAY |
| Pg. 156, Ln. 1-6 | HEARSAY |
| Pg. 156, Ln. 23-24 | HEARSAY |
| Pg. 157, Ln. 1-14 | HEARSAY |
| Pg. 162, Ln. 5-14 | FOUNDATION HEARSAY |

Plaintiff Donald Scollins

/s/ John D. Parker
John D. Parker, II, *Pro Hac Vice*
PARKER LAW FIRM, P.L.C.
141 E. Palm Lane, Suite 111
Phoenix, AZ  85082-3098

April 12, 2006

2