# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

DONALD SCOLLINS,

              Plaintiff

   v.

SENTIENT, ET AL.,

              Defendants.

CIVIL ACTION NO.:
03-12478-EFH

## ORDER OF DISMISSAL

April 19, 2006

HARRINGTON, S.D.J.

    The above-entitled case, having been reported settled by the parties in open court, is hereby dismissed.

    SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge