UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD SCOLLINS, individually and on behalf of BOTTOM LINE ADVERTISING,<br><br>Plaintiff,<br><br>vs.<br><br>SENTIENT, f/k/a eBizJets,<br><br>Defendant. | Civil Action No. 03-12478-EFH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate to dismissal of this action, with prejudice, and with each party to bear its own costs and attorney's fees.

WITNESS our hands and seals this  26th  day of  May  2006.

Plaintiff Donald Scollins                                         Sentient, f/k/a eBizJets

/s/ John D. Parker                                               /s/ C. Max Perlman
John D. Parker, II, *Pro Hac Vice*                    C. Max Perlman, BBO # 630395
PARKER LAW FIRM, P.L.C.                          Andrea C. Kramer, BBO # 632584
141 E. Palm Lane, Suite 111                          SULLIVAN WEINSTEIN & MCQUAY
Phoenix, AZ  85082-3098                               Two Park Plaza
                                                                            Boston, MA 02116
Edward C. Cooley, BBO #550117                (617) 348-4300
GIARRUSSO, NORTON, COOLEY, ET. AL.
308 Victory Road
Quincy, MA. 02171

1